UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD RAPHAEL, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>NBA PROPERTIES, INC., )<br>GETTY IMAGES (US), INC., and )<br>PHOTO FILE, INC., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-CV-11617-MLW |

**DEFENDANTS' ASSENTED TO MOTION FOR AN EXTENSION OF
TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendants NBA Properties, Inc., Getty Images (US), Inc., and Photo File, Inc. (collectively "Defendants"), with the assent of Plaintiff Richard Raphael ("Raphael"), hereby move this Court to extend the time for Defendants to answer or otherwise respond to the Complaint through and including October 17, 2005. In support of this Motion, Defendants state as follows:

1. On or about August 4, 2005, Raphael filed a Complaint against Defendants in this Court.

2. Defendants' deadline to answer or otherwise respond to the Complaint is Monday, October 3, 2005.

3. Defendants now request this Court to extend the time for it to answer or otherwise respond to the Complaint through and including October 17, 2005.

4. Raphael has assented to this extension of time for Defendants to answer or otherwise respond to the Complaint through and including October 17, 2005.

WHEREFORE, Defendants respectfully request this Court to:

1. Extend the time for Defendants to answer or otherwise respond to the Complaint through and including October 17, 2005; and

2. Grant such further relief as is just and appropriate.

Respectfully submitted,

NBA PROPERTIES, INC.
GETTY IMAGES (US), INC., and
PHOTO FILE, INC.,

By their attorneys,

   /s/ Gina M. McCreadie
Nicholas G. Papastavros, BBO No. 635742
Mark D. Robins, BBO No. 559933
Gina M. McCreadie, BBO No. 661107
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110
Tel:  (617) 345-1000
Fax:  (617) 345-1300

Assented to:

   /s/ Jeffrey P. Allen (*with permission*)
Jeffrey P. Allen (BBO# 015500)
Molly Cochran (BBO# 551833)
Seegel, Lipshutz & Wilchins, P.C.
20 William St., Suite 130
Wellesley, MA  02481
(781) 237-4400

Dated:  September 30, 2005

BOS1531839.1

2