# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD RAPHAEL, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-CV-11617-MLW |
| v. ) | |
| ) | |
| NBA PROPERTIES, INC., ) | |
| GETTY IMAGES (US), INC., and ) | |
| PHOTO FILE, INC., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' ASSENTED TO MOTION FOR A FURTHER EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Defendants NBA Properties, Inc., Getty Images (US), Inc., and Photo File, Inc. (collectively "Defendants"), with the assent of Plaintiff Richard Raphael ("Raphael"), hereby move this Court to further extend the time for Defendants to answer or otherwise respond to the Complaint up to and including October 24, 2005. In support of this Motion, Defendants state as follows:

1. On or about August 4, 2005, Raphael filed a Complaint against Defendants in this Court.

2. Defendants' deadline to answer or otherwise respond to the Complaint was Monday, October 3, 2005.

3. On September 30, 2005, Defendants filed a motion requesting an extension of time for Defendants to answer or otherwise respond to the Complaint through and including October 17, 2005.

4. On October 4, 2005, the Court issued an Order granting Defendants' motion to extend the time to answer or otherwise respond to the Complaint.

5. Defendants now request this Court to extend the time for them to answer or otherwise respond to the Complaint by an additional week -- up to and including October 24, 2005.

4. Raphael has assented to this extension of time for Defendants to answer or otherwise respond to the Complaint up to and including October 24, 2005.

WHEREFORE, Defendants respectfully request this Court to:

1. Extend the time for Defendants to answer or otherwise respond to the Complaint up to and including October 24, 2005; and

2. Grant such further relief as is just and appropriate.

Respectfully submitted,

NBA PROPERTIES, INC.
GETTY IMAGES (US), INC., and
PHOTO FILE, INC.,

By their attorneys,

 /s/ Gina M. McCreadie
Nicholas G. Papastavros, BBO No. 635742
Mark D. Robins, BBO No. 559933
Gina M. McCreadie, BBO No. 661107
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110
Tel:  (617) 345-1000
Fax:  (617) 345-1300

3

Assented to:

 /s/ Jeffrey P. Allen (*with permission*)
Jeffrey P. Allen (BBO# 015500)
Molly Cochran (BBO# 551833)
Seegel, Lipshutz & Wilchins, P.C.
20 William St., Suite 130
Wellesley, MA  02481
(781) 237-4400

Dated:  October 14, 2005