# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RICHARD RAPHAEL, ) ) Plaintiff, ) v. ) ) NBA PROPERTIES, INC., ) GETTY IMAGES (US), INC., and ) PHOTO FILE, INC., ) ) Defendants. ) ) | Civil Action No. 05-CV-11617-MLW **REQUEST FOR ORAL ARGUMENT** |

## DEFENDANTS' MOTION TO TRANSFER VENUE

Pursuant to 28 U.S.C. § 1404 and Local Rule 7.1, defendants NBA Properties, Inc. ("NBA Properties"), Getty Images (US), Inc. ("Getty Images"), and Photo File, Inc. ("Photo File") (collectively, "Defendants"), by and through their counsel, respectfully move the Court to transfer the above-captioned case to the United States District Court for the Southern District of New York. In support of this motion, Defendants rely on the accompanying memorandum of law and the declarations of Steven Cristallo, David Denenberg, Gina M. McCreadie, Bryan Reilly, Carmin Romanelli, and Charles Rosenzweig and state:

1. For at least one year, photographs taken by Mr. Raphael were the subject of an agreement with NBA Properties which is directly implicated by Mr. Raphael's claims against the Defendants and which confers exclusive federal jurisdiction in the Southern District of New York.

2. In addition to that forum selection clause, all of the relevant factors militate towards a transfer of this case to the Southern District of New York.

BOS1554799.1

WHEREFORE, Defendants respectfully request that the Court:

i. Grant Defendants' motion to transfer venue of this case to the United States District Court for the Southern District of New York; and

ii. Grant such other relief as the Court deems just and proper.

## REQUEST FOR ORAL ARGUMENT

Defendants hereby request oral argument on the issues raised by this motion.

Respectfully submitted,

NBA PROPERTIES, INC.
GETTY IMAGES (US), INC., and
PHOTO FILE, INC.,

By their attorneys,

  /s/ Gina M. McCreadie
Nicholas G. Papastavros, BBO No. 635742
Mark D. Robins, BBO No. 559933
Gina M. McCreadie, BBO No. 661107
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110
Tel:  (617) 345-1000
Fax:  (617) 345-1300

Dated:  December 28, 2005

## RULE 7.1(A)(2) CERTIFICATION

I hereby certify that on December 19, 2005, Mark D. Robins, counsel of record for the Defendants met and conferred with Molly Cochran, counsel of record for Mr. Raphael, in a good faith attempt to resolve and narrow the issues raised in this motion and such a resolution was not reached.

  /s/ Gina M. McCreadie
Gina M. McCreadie