UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD RAPHAEL, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-CV-11617-MLW |
| v. ) | |
| ) | |
| NBA PROPERTIES, INC., ) | |
| GETTY IMAGES (US), INC., and ) | |
| PHOTO FILE, INC., ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF STEVEN CRISTALLO IN
SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE**

I, Steven Cristallo, hereby declare and state as follows:

1. This declaration is offered in support of the Motion to Transfer Venue by Defendants NBA Properties, Inc. ("NBA Properties"), Getty Images (US), Inc. ("Getty Images"), and Photo File, Inc. ("Photo File").

2. I am currently Vice President of Tax of Getty Images, Inc. I have held this position since September, 1999. My job duties include overseeing worldwide corporate taxes and risk management for Getty Images, Inc. and its subsidiaries.

3. Getty Images is a New York corporation, which principally operates out of New York City. Specifically, Getty Images is a stock photography agency engaged in the business of licensing photographic imagery to third parties.

4. Getty Images, located at One Hudson Square, 75 Varick Street, New York, New York 10013, is less than one mile from the United States District Court for the Southern District of New York.

Signed under the pains and penalties of perjury this 22nd day of December, 2005.

*Steven Cristallo*
Steven Cristallo