UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RICHARD RAPHAEL,<br><br>                          Plaintiff,<br><br>v.<br><br>NBA PROPERTIES, INC.,<br>GETTY IMAGES (US), INC., and<br>PHOTO FILE, INC.,<br><br>                          Defendants. | Civil Action No. 05-CV-11617-MLW |

### DECLARATION OF CHARLES ROSENZWEIG IN
### SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE

I, Charles Rosenzweig, hereby declare and state as follows:

1.      This declaration is offered in support of the Motion to Transfer Venue by Defendants NBA Properties, Inc. ("NBA Properties"), Getty Images (US), Inc. ("Getty Images"), and Photo File, Inc. ("Photo File").

2.      I currently reside in Warren, New Jersey. Warren, located within the New York City metropolitan region, is approximately 34 miles from New York City and approximately 250 miles from Boston, Massachusetts.

3.      I am currently Vice President of Entertainment and Player Marketing at NBA Properties. My office is located at NBA Entertainment, a division of NBA Properties, 450 Harmon Meadow Boulevard, Secaucus, New Jersey, which is located approximately nine miles from the United States District Court for the Southern District of New York, at 500 Pearl Street in New York City.

4.      As Vice President of Entertainment & Player Marketing, I act as a liaison between the NBA and its current and former players with respect to a variety of initiatives. I am also

responsible for securing music and talent entertainment for NBA events and television programming.

5. I was hired by NBA Entertainment on October 1, 1990. I held various positions at NBA Entertainment, and subsequently NBA Properties following the December 1998 merger between NBA Properties and NBA Entertainment, before becoming Vice President of Entertainment & Player Marketing in October of 2001. Such positions have included: Entertainment Counsel; Director of Business Affairs; and Director of Entertainment and Marketing. From approximately 1992 until 2000, I was responsible for overseeing NBA Photos, which included business planning and agreements NBA Photos entered into with third parties (including any licensing agreements). The status and operations of NBA Photos did not change as a result of the 1998 merger between NBA Entertainment and NBA Properties.

6. On or about October 1, 1995, NBA Entertainment entered into a letter agreement with Richard Raphael (the "October 1995 Agreement"). In or around 1995, I participated in telephonic discussions with Carmin Romanelli and Mr. Raphael that culminated in the October 1995 Agreement. Specifically, we discussed NBA Entertainment becoming the exclusive licensor of his photographs to third parties and obtaining the copyright and all other rights in and to all of Mr. Raphael's photographs upon his death. I was located in NBA Entertainment's office for most, if not all, of these telephone conversations.

7. On or about August 1, 1998, NBA Entertainment and Mr. Raphael entered into an agreement regarding Mr. Raphael's performance of certain photograph assignments for NBA Entertainment and/or NBA teams between August 1, 1998 and July 31, 1999 (the "August 1998 Agreement"). I, along with Mr. Raphael, signed this agreement. The August 1998 Agreement contained a New York choice of law provision and a jurisdiction clause requiring the parties to

submit to the exclusive jurisdiction of the State of New York, County of New York and the United States District Court for the Southern District of New York. A true and correct copy of the August 1998 Agreement is attached hereto as Exhibit 1.

8. Given that my office is located approximately nine miles from the United States District Court for the Southern District of New York, it would be significantly more convenient for me if the trial of this action proceeds in New York City, as opposed to Massachusetts.

9. To the best of my knowledge, any records and/or documented information within NBA Properties' possession, custody, or control that are potentially relevant to this litigation are located in New York City and/or New Jersey.

Signed under the pains and penalties of perjury this 22nd day of December, 2005.

_____
Charles Rosenzweig

2



# NBA Photos
A Division of NBA Entertainment

As of August 1, 1998

Mr. Dick Raphael
239 Causeway Street
Boston, MA 02114

Dear Dick:

This letter will confirm our agreement regarding photography services that may be provided by you to NBA Photos and/or such NBA teams as the parties shall agree upon from time to time with respect to the period from August 1, 1998 through July 31, 1999 (the "Term"):

1.   You represent and warrant that you are engaged in the business of professional photography, including sports photography. As such, NBA Photos (or its designee) may, from time to time, engage your services as an independent contractor to shoot certain NBA games, press conferences, marketing events and the like. In consideration for any such assignment that you accept and perform during the Term in accordance with the provisions set forth herein, (a) NBA Photos shall pay you the agreed-upon fee of $300 (the "Fee") for each "full day" of services provided by you in connection with each such assignment (it being understood that "full days" and "half days" will be calculated by NBA Photos in the same manner as they have been in the past) and (b) NBA Photos shall share equally with you all of the net revenues that remain after the following expenses have been deducted from the gross revenues collected by NBA Photos from its licensing of the photographs taken by you during any assignments hereunder: (i) film expenses, (ii) film processing expenses and (iii) a strobe usage fee of $200.00 per game which is applicable only if you use strobes provided by NBA Photos. As in the past, no revenues will be due to you for any use of such photographs for promotional or publicity purposes by the NBA, NBA member teams or sponsors of NBA member teams, including the NBA's marketing and advertising campaigns, game and event programs, promotional and/or editorial content on the NBA-licensed Web sites or in NBA-licensed publications (e.g., Hoop and Inside Stuff Magazine).

2.   The services that you will be required to provide in connection with those assignments that you accept hereunder will be substantially similar to the

services previously performed by you for NBA Photos in connection with similar game and non-game assignments and, as in prior years, payment of the Fee (plus the opportunity to share the net revenues attributable to the photographs taken by you during such assignment as referred to in Section 1 above) will be deemed to cover all of such services. Although this agreement does not guarantee that you will be requested to perform any assignments (nor does this agreement obligate you to perform any such assignments until you have accepted a particular assignment), NBA Photos' intention is to request your services in a similar manner as it has in the past, and you agree to generally make yourself available to perform assignments for NBA Photos to the same extent as you have done so in prior years. In addition, once you agree to accept a particular assignment, you will be obligated to perform such assignment.

3. In order to receive payment for any days of photography service rendered by you hereunder, you shall report to NBA Photos all requests for any such photography services by any NBA team (i.e., except for games or assignments that were previously scheduled by NBA Photos) prior to performing any such photography services.

4. You hereby acknowledge that any and all work performed by you during the Term hereunder is "work made for hire" for NBA Photos within the meaning of the United States Copyright Law, and for all other purposes, and in any event, you hereby assign to NBA Photos any rights you may have, throughout the world and in perpetuity, in and to all photographs, transparencies, negatives and any other property relating to the NBA or anything else that is created by you pursuant to this agreement (the "Materials"). Accordingly, you agree that in consideration of NBA Photos' obligations under this agreement, all rights in and to the Materials, including all rights of copyright, shall be owned exclusively by NBA Photos. As such, NBA Photos will have the unfettered right, in perpetuity and throughout the universe, to use the Materials in any manner whatsoever and in any medium now known or hereafter devised, as NBA Photos, in its sole discretion, shall determine. You will not have or claim to have any right of any kind whatsoever in such Materials, and you agree to execute any further documents necessary to transfer all rights and title in the Materials to NBA Photos. NBA Photos shall be considered to be the "Author" of any and all such works under applicable international laws and treaties and have the sole right and entitlement accorded "Authors" thereunder. You hereby appoint NBA Photos as "Attorney-In-Fact" for the purpose of executing any documents necessary to implement the terms of this agreement. You further acknowledge and confirm that (i) any and all work performed by you pursuant to each assignment that you performed for NBA Photos prior to the Term was "work made for hire" for NBA Photos within the meaning of the United States Copyright Law, and for all other purposes, (ii) you have assigned to NBA Photos all of your rights, throughout the world and in perpetuity, in such photographs, transparencies, negatives and other property relating to such prior assignments

(the "Old Materials"), (iii) you have been fully compensated by NBA Photos in connection with your performance of all such assignments prior to the Term and for your assignment of your rights in the Old Materials to NBA Photos (and understand that you will continue to receive your fifty percent (50%) share of any net revenues received by NBA Photos in connection with its licensing of such Old Materials) and (iv) NBA Photos has had, and shall continue to have, the same rights with respect to the Old Materials as it has with respect to the Materials pursuant to the terms hereof (and your representations and warranties and indemnity obligations with respect to the Materials, as well as NBA Photos' marketing and indemnity obligations with respect to the Materials, shall also apply to the Old Materials).

5. Nothing contained herein shall obligate NBA Photos to use or authorize the use of the Materials. NBA Photos agrees to market the Materials created by you with the same effort that it uses to market similar materials created by other photographers engaged by NBA Photos. In addition, NBA Photos shall use commercially reasonable efforts to ensure that proper name credit is given to you whenever the Materials are published.

6. You hereby represent and warrant that:

(a) you will comply with all applicable laws, rules and regulations in connection with the performance of any duties assigned to you hereunder;

(b) none of the Materials created by you will infringe the copyright of any other person or entity;

(c) neither you nor any other person employed or retained by you will grant, nor shall have previously granted, any rights to the Materials created pursuant to this agreement to any other person or entity;

(d) no third party has any rights in, to or arising out of, or in connection with the Materials, including without limitation any claims for fees, royalties or other payments; and

(e) you have not taken and will not take any action inconsistent with the terms of this agreement.

7. You agree to indemnify and hold harmless NBA Photos, the NBA, member teams of the NBA and any of their directors, officers or employees (the "NBA Indemnitees") against any and all losses, claims, damages, expenses or liabilities of any kind, including court costs and reasonable attorney's fees incurred by the NBA Indemnitees in any action or proceeding between the NBA

Indemnitees and you or between the NBA Indemnitees and any third party or otherwise, arising from: (a) your services hereunder or (b) any breach or alleged breach of any of your covenants, representations or warranties hereunder.

8. NBA Photos agrees to indemnify and hold you harmless against any and all losses, claims, damages, expenses or liabilities of any kind, including court costs and reasonable attorney's fees incurred by you in any action or proceeding between you and NBA Photos or between you and any third party or otherwise arising from: (a) subject to your representations and warranties contained herein, NBA Photos' use of the Materials created under this agreement or (b) any breach or alleged breach of any of NBA Photos' covenants, representations or warranties hereunder.

9. The terms of Sections 4, 7 and 8 will survive the expiration of the Term or other termination of this agreement and shall remain in full force and effect.

10. You agree to perform all assignments accepted by you hereunder in a professional manner and in accordance with the highest standards of the professional sports photography industry (including, without limitation, the taking of high quality photographs which embody the proper focus, exposure, composition and content). As an independent contractor hired by NBA Photos, your conduct and appearance shall be professional at all times while performing any duties pursuant to this agreement, including dealing courteously with all individuals that you come in contact with during the course of such assignments.

11. You will be reimbursed for all reasonable expenses which have been incurred by you in connection with your performance of assignments under this agreement; provided, however, that (i) NBA Photos has approved such business expenses in advance and (ii) you have submitted to NBA Photos original receipts detailing such expenses, along with an itemized invoice for all such expenses.

12. You shall have the right to use the Materials in portfolios, exhibitions, or self-promotion; provided, however, that each such proposed use is approved in advance by NBA Photos. You shall not be permitted to use the Materials for any other purposes.

13. It is mutually agreed that your services under this agreement are those of an independent contractor, and as such, you shall have and maintain complete control over all of your employees, subcontractors, agents, equipment and operations. Neither you nor anyone employed or retained by you or otherwise under your control, shall be, represent to be, act as, purport to act as, or be deemed to be the agent, representative, employee or servant of NBA Photos, the NBA or any NBA team. As such, you shall be responsible for all

compensation and benefits that may be due to any such individuals, including, without limitation, regular pay, overtime, worker's compensation, vacation, sick time, disability, pension and any other compensation or benefits that such individuals may be owed under any applicable law as a result of their performance of duties. Neither you nor any individuals that you may use to assist you in performing any duties hereunder are entitled to receive from NBA Photos (or its affiliates) the benefits provided by NBA Photos (or its affiliates) to its officers, employees, representatives or agents, including, without limitation, health, dental and life insurance coverage, pension benefits, paid vacation, sick leave and disability benefits. In addition, you are responsible for paying all taxes and making all withholdings required under federal, state or local law for yourself and for all individuals used to assist you in connection with any assignments hereunder.

14. This agreement shall be governed by and construed in accordance with the laws of the State of New York applicable to contracts negotiated and fully performed in New York. Each of the parties hereby submits to the exclusive jurisdiction of the courts of the State of New York, County of New York, and the United States District Court for the Southern District of New York, as well as to the jurisdiction of all courts to which an appeal may be taken or other review sought from the aforesaid courts, for the purpose of any suit, action or other proceeding arising out of any party's obligations under or with respect to this agreement, and expressly waives any and all objections such party may have as to venue in or personal jurisdiction of any such courts.

15. In connection with the performance of your duties hereunder, you will procure and maintain the following insurance:

    (i) Commercial General Liability in an amount no less than one million dollars ($1,000,000) per occurrence, which policy shall name NBA Photos, the National Basketball Association, NBA Properties, Inc., NBA Entertainment, Inc. and each NBA member team (including their respective affiliates, officers, directors and employees; collectively, the "NBA Parties") as additional insureds; and

    (ii) Workers' Compensation and Employers' Liability to the applicable statutory limits.

At NBA Photos' request, you will provide a certificate of insurance evidencing the coverages above to NBA Photos at least ten (10) days prior to performing any duties hereunder.

You also recognize that you are responsible for all of your own equipment in connection with the performance of your duties hereunder, and the NBA

Parties shall bear no responsibility for any loss or damage to any of your equipment.

16. You may not assign this agreement, nor may you assign any of your rights or delegate any of your obligations hereunder, without the prior written approval of NBA Photos.

17. This letter sets forth the entire agreement between you and NBA Photos and supersedes all prior and contemporaneous communications, agreements and understandings, written and oral, with respect to the subject matter hereof.

If the foregoing coincides with your understanding of our agreement, please countersign where indicated below.

NBA PHOTOS

By: _____

AGREED TO AND ACCEPTED:

DICK RAPHAEL

By: _____

TMPHOTO.DOC                                                                                          6