## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| RICHARD RAPHAEL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-CV-11617-MLW |
| v. | ) | |
| | ) | |
| NBA PROPERTIES, INC., | ) | |
| GETTY IMAGES (US), INC., and | ) | |
| PHOTO FILE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF BRYAN REILLY IN SUPPORT
## OF DEFENDANTS' MOTION TO TRANSFER VENUE

I, Bryan Reilly, hereby declare and state as follows:

1.      This declaration is offered in support of the Motion to Transfer Venue by Defendants NBA Properties, Inc. ("NBA Properties"), Getty Images (US), Inc. ("Getty Images"), and Photo File, Inc. ("Photo File").

2.      I currently reside in Ardsley, New York.  Ardsley is approximately 26 miles from New York City and approximately 203 miles from Boston, Massachusetts.

3.      I am the Photo Editor and Operations Manager of Photo File, which sells licensed photographs.  Photo File, a New York corporation, has a principal place of business at 5 Odell Plaza in Yonkers, New York, a suburb of New York City, which is approximately 22 miles from the Southern District of New York.   Prior to March of 1995, Photo File was located in Elmsford, New York.

4.      I have worked for Photo File for approximately eighteen years.  I was hired in 1987 as the first employee of Photo File.  Since 1987, I have handled all of Photo File's operations and assumed the responsibilities of Photo Editor in or around 1990.

5.    As Photo Editor, I schedule and credential photographer assignments, oversee final edit of all images, and supervise archiving.  My responsibilities as Operations Manager include monitoring the day-to-day operations of the photographic lab and the production and shipping departments of Photo File.  I supervise all of the staff in each of these departments and coordinate the printing, production, and shipping of all Photo File sales.

6.    Since 1994, Photo File has entered into several successive agreements with NBA Properties for one to three-year terms whereby Photo File would obtain from NBA Properties, among other rights, a license to sell NBA photographs to others (the "Photo File Agreements"). Each of these agreements contains a New York choice of law provision and a jurisdiction clause requiring the parties to submit to the jurisdiction of any federal or state court of competent jurisdiction located within New York City.  A true and correct copy of excerpts of these Photo File Agreements from 1994 to the present (with redactions) are attached hereto as Exhibit 1.

7.    Pursuant to the Photo File Agreements, Photo File would obtain original slides of NBA photographs from NBA Entertainment, make negatives of any slides that Photo File chose to license, and return the original slides to NBA Entertainment.  In most instances, Photo File also made a photocopy of the original NBA Entertainment slides it chose to license.

8.    Photo File indexed and stored such negatives using an internal indexing scheme, which does not include any reference to the name of the photographer who took the photograph. All such negatives reside at Photo File in Yonkers, New York.

9.    In or about December of 2003, Photo File entered into an agreement with Getty Images whereby Photo File obtained the ability to download NBA photographs through Getty Images' website for sale to others pursuant to Photo File's agreement with NBA Properties (the "2003 Photo File/Getty Images Agreement").  The 2003 Photo File/Getty Images Agreement

contains a New York choice of law provision and a jurisdiction clause requiring the parties to submit to exclusive jurisdiction in the Supreme Court of New York County in the State of New York or the United States District Court for the Southern District of New York. A true and correct copy of excerpts of the 2003 Photo File Agreement (with redactions) is attached hereto as Exhibit 2.

10.    Pursuant to the 2003 Photo File Agreement which expires on September 30, 2006, Photo File downloads photographic images from the Getty Images website. Upon such download, Photo File indexes and stores such photographic images using an internal indexing scheme unique to Photo File, which does not include any reference to the name of the photographer who took the photograph. All such downloaded photographic images are stored electronically at Photo File in Yonkers, New York.

11.    As I am primarily responsible for the day-to-day operations of a small company and I live and work immediately outside the New York City metropolitan area, it would be significantly more convenient for me if the trial of this action proceeds in New York City, as opposed to Massachusetts.

12.    To the best of my knowledge, any records and/or documented information within Photo File's possession, custody, or control that are potentially relevant to this litigation are located at Photo File's offices in Yonkers, New York. Such records and/or documented information include: negatives; photocopies of NBA Entertainment's original slides; sales records, invoices, and/or electronic databases containing records or information relating to the photographic images sold by Photo File; prints of images downloaded from Getty Images; digital files of images downloaded from Getty Images; agreements between Getty Images and Photo

File and/or NBA Properties; and any correspondence and/or emails between Photo File and NBA

Properties, Getty Images, and/or Photo Files' customers.

Signed under the pains and penalties of perjury this ⟍⟋ day of December, 2005.

Bryan Reilly

FORM: NBAP
U.S./C-Non-ApparelB
PR

LICENSEE: PHOTO FILE, INC.
ADDRESS: 3 West Main Street
              Elmsford, NY 10523

RETAIL PRODUCT LICENSE AGREEMENT

**THIS RETAIL PRODUCT LICENSE AGREEMENT** is entered into by NBA Properties, Inc. ("NBAP"), .with its principal office at 645 Fifth Avenue, New York, New York 10022, and the licensee listed above ("LICENSEE") with regard to the commercial use of certain names, logos, symbols, emblems, designs and uniforms and all identifications, labels, insignia or indicia thereof (the "Marks") of the National Basketball Association (the "NBA") and its Member Teams (collectively, the "NBA Marks") in combination with the names, nicknames, photographs, portraits, likenesses, signatures or other identifiable features of current NBA players ("Player Attributes"). Subject to the attached NBAP standard terms and conditions, NBAP hereby grants to LICENSEE, and LICENSEE hereby accepts, the non-exclusive (except as otherwise expressly provided in this Agreement) right and license to use (i) the Marks of the Member ·Teams, the Marks of the NBA, NBA All-Star Weekend and NBA Playoffs and Finals (collectively, the "Licensed Marks"), and/or (ii) the Licensed Marks in combination with certain Player Attributes in accordance with the terms of Paragraph A below (the "Licensed Attributes"), in either case, solely in connection with the manufacture, distribution, advertisement, promotion and sale of the products described in Paragraph A below including one or more of the Licensed Marks ("Licensed Products"). No license is granted for the use of the silhouetted dribbler logo (the "NBA Logo") except insofar as the NBA Logo is embodied in the NBA "Official Licensed Product" logo. No license or right is granted for the use of the Licensed Marks for any purpose other than on the Licensed Products and in the distribution, advertisement, promotion and sale of the Licensed Products in accordance with this Agreement.

<u>**REDACTED**</u>

**B. TERM:** August 1, 1994 to July 31, 1995 (the "Term").

REDACTED

AGREED TO AND ACCEPTED, subject
to and incorporating the attached NBAP
standard terms and conditions which
the undersigned has read:
PHOTO FILE, INC.

By: _Charles H Senger_
Title: _President_

AGREED TO AND ACCEPTED:
NBA PROPERTIES, INC:

By: _RWelts_
    Rick Welts, President

Dated: _8/16/94_

REDACTED

22.  MISCELLANEOUS

REDACTED

(d) Governing Law and Jurisdiction:  This Agreement shall be construed in accordance with the laws of the State of New York, USA, without regard to its principles of conflicts of laws.  Any claim arising under this Agreement (except as provided under Paragraph 18) shall be prosecuted in a federal or state court of competent jurisdiction located within the City of New York, USA and LICENSEE consents to the jurisdiction of such court and to the service of process by mail.

FORM: NBAP
U.S./C-Non-ApparelB
PR

LICENSEE: PHOTO FILE, INC.                    RETAIL PRODUCT LICENSE AGREEMENT
ADDRESS: ~~XWestMainStreet~~ 5 Odell Plaza
~~Elmsford NY Y 10523~~ Yonkers, NY 10701

**THIS RETAIL PRODUCT LICENSE AGREEMENT** is entered into by NBA Properties, Inc. ("NBAP"), with its principal office at 645 Fifth Avenue, New York, New York 10022, and the licensee listed above ("LICENSEE") with regard to the commercial use of certain names, logos, symbols, emblems, designs and uniforms and all identifications, labels, insignia or indicia thereof (the "Marks") of the National   Basketball Association (the "NBA") and its Member Teams (collectively, the "NBA Marks") in combination  with the names, nicknames, photographs, portraits, likenesses, signatures or other identifiable features of current NBA players ("Player Attributes").  On the terms of this Agreement and subject to the attached NBAP Standard Terms and Conditions, NBAP hereby grants to LICENSEE, and LICENSEE hereby accepts, the non-exclusive (except as otherwise expressly provided in this Agreement) right and license to use (i) the Marks of the Member Teams, the Marks of the NBA, NBA All-Star Weekend and NBA Playoffs and Finals (collectively, the "Licensed Marks"), and/or (ii) the Licensed Marks in combination with certain Player Attributes in accordance with the terms of Paragraph A below (the "Licensed Attributes"), in either case, solely in connection with the manufacture, distribution, advertisement, promotion and sale of the products described in Paragraph A below including one or more of the Licensed Marks ("Licensed Products").  No license is granted for the use of the silhouetted dribbler logo (the "NBA Logo") except insofar as the NBA Logo is embodied in the NBA "Official Licensed Product" logo.  No license or right is granted for the use of the Licensed Marks for any purpose other than on the Licensed Products and in the distribution, advertisement, promotion and sale of the Licensed Products in accordance with this Agreement.

<u>**REDACTED**</u>

B.  **TERM:** August 1, 1995 to July 31, 1997 (the "Term").

REDACTED

AGREED TO AND ACCEPTED, subject
to and incorporating the attached NBAP
Standard Terms and Conditions which
the undersigned has read:
PHOTO FILE, INC.

By: _____
Title: _____

AGREED TO AND ACCEPTED:
NBA PROPERTIES, INC.

By: _____
    Harvey E. Benjamin
    Sr. Vice President, Business Affairs
Dated: 9/13/95 _____

3

**REDACTED**

**22.    MISCELLANEOUS**

**REDACTED**

(d) Governing Law and Jurisdiction:  This Agreement shall be construed in accordance
with the laws of the State of New York, USA, without regard to its principles of
conflicts of laws.  Any claim arising under this Agreement (except as provided under
Paragraph 18) shall be prosecuted in a federal or state court of competent jurisdiction
located within the City of New York, USA and LICENSEE consents to the jurisdiction
of such court and to the service of process by mail.

FORM: NBAP
U.S./Non-Apparel
PR

LICENSEE: PHOTO FILE, INC.     RETAIL PRODUCT LICENSE AGREEMENT
ADDRESS: 5 Odell Plaza
         Yonkers, NY 10701

**THIS RETAIL PRODUCT LICENSE AGREEMENT** is entered into by NBA Properties, Inc. ("NBAP"), with its principal office at 645 Fifth Avenue, New York, New York 10022, and the licensee listed above ("LICENSEE") with regard to the commercial use of certain names, logos, symbols, emblems, designs and uniforms and all identifications, labels, insignia or indicia thereof (the "Marks") of the National Basketball Association (the "NBA") and its Member Teams (collectively, the "NBA Marks") in combination with the names, nicknames, photographs, portraits, likenesses, signatures or other identifiable features of current NBA players ("Player Attributes"). On the terms of this Agreement and subject to the attached NBAP Standard Terms and Conditions, NBAP hereby grants to LICENSEE, and LICENSEE hereby accepts, the non-exclusive (except as otherwise expressly provided in this Agreement) right and license to use (i) the Marks of the Member Teams, the silhouetted dribbler logo (the "NBA Logo") and Marks of the NBA, NBA All-Star Weekend and NBA Playoffs and Finals (collectively, the "Licensed Marks"), and/or (ii) the Licensed Marks in combination with certain Player Attributes in accordance with the terms of Paragraph A below (the "Licensed Attributes") (including the aggregate player numerical requirements set forth therein), in either case, solely in connection with the manufacture, distribution, advertisement, promotion and sale of the products described in Paragraph A below including one or more of the Licensed Marks ("Licensed Products"). No license or right is granted for the use of the Licensed Marks for any purpose other than on the Licensed Products and in the distribution, advertisement, promotion and sale of the Licensed Products in accordance with this Agreement.

**REDACTED**

**B.  TERM:** August 1, 1997 to July 31, 1999 (the "Term").

**REDACTED**

**REDACTED**

AGREED TO AND ACCEPTED, subject
to and incorporating the attached NBAP
Standard Terms and Conditions which
the undersigned has read:
PHOTO FILE, INC.


By: _____
Title: _____

AGREED TO AND ACCEPTED:
NBA PROPERTIES, INC.

By: _____
    Harvey E. Benjamin
    Senior Vice President, Business Affairs

Dated: _____9/3/99_____

3

**REDACTED**

(d) Governing Law and Jurisdiction: This Agreement shall be construed in accordance with the laws of the State of New York, USA, without regard to its principles of conflicts of laws. Any claim arising under this Agreement (except as provided under Paragraph 18) shall be prosecuted in a federal or state court of competent jurisdiction located within the City of New York, USA and LICENSEE consents to the jurisdiction of such court and to the service of process by mail.

**REDACTED**

FORM: NBAP
U.S./Non-Apparel
PR and RPR

RETAIL PRODUCT LICENSE AGREEMENT

LICENSEE: PHOTO FILE, INC.
ADDRESS: 5 Odell Plaza
Yonkers, NY 10701

**THIS RETAIL PRODUCT LICENSE AGREEMENT** is entered into by NBA Properties, Inc. ("NBAP"), with its principal office at 645 Fifth Avenue, New York, New York 10022, and the licensee listed above ("LICENSEE") with regard to the commercial use of certain names, logos, symbols, emblems, designs and uniforms and all identifications, labels, insignia or indicia thereof (the "Marks") of the National Basketball Association (the "NBA") and its Member Teams (collectively, the "NBA Marks") in combination with the names, nicknames, photographs, portraits, likenesses, signatures or other identifiable features ("Attributes") of certain current and/or retired NBA players. On the terms of this Agreement and subject to the attached NBAP Standard Terms and Conditions, NBAP hereby grants to LICENSEE, and LICENSEE hereby accepts, the non-exclusive (except as otherwise expressly provided in this Agreement) right and license to use the Marks of the Member Teams, the silhouetted dribbler logo (the "NBA Logo") and Marks of the NBA, NBA All-Star Weekend and NBA Playoffs and Finals (collectively, the "Licensed Marks") in combination with (i) Attributes of certain current NBA Players (on a group basis and to the extent NBAP can convey such rights in accordance with the Group License Agreement between NBAP and the National Basketball Players Association ("NBPA") (or its successor) (the "Current Player Attributes")) in accordance with the terms of this Agreement (including the usage of multiple player requirements set forth in Paragraph A below) and/or (ii) Attributes of certain retired NBA players (on a group basis and to the extent NBAP can convey such rights in accordance with the Group License Agreement between NBAP and the National Basketball Retired Players Association ("NBRPA") (the "Retired Player Attributes" and, together with the Current Player Attributes, the "Licensed Attributes") in accordance with the terms of this Agreement (including the usage of multiple player requirements set forth in Paragraph A below), in every case, solely in connection with the manufacture, distribution, advertisement, promotion and sale of the products described in Paragraph A below including one or more of the Licensed Marks ("Licensed Products"). No license or right is granted for the use of the Licensed Marks for any purpose other than on the Licensed Products and in the distribution, advertisement, promotion and sale of the Licensed Products in accordance with this Agreement.

<u>REDACTED</u>

**B.  TERM:** As of August 1, 1999 to July 31, 2001  (the "Term").

**<u>REDACTED</u>**

**REDACTED**

AGREED TO AND ACCEPTED, subject
to and incorporating the attached NBAP
Standard Terms and Conditions which
the undersigned has read:
PHOTO FILE, INC.


By: _____
Title: _____

AGREED TO AND ACCEPTED:
NBA PROPERTIES, INC.

By: _____
    Harvey E. Benjamin
    Senior Vice President, Business Affairs

Dated: _____

**REDACTED**

22. **MISCELLANEOUS**

**REDACTED**

(d) Governing Law and Jurisdiction:  This Agreement shall be construed in accordance with the laws of the State of New York, USA, without regard to its principles of conflicts of laws.  Any claim arising under this Agreement (except as provided under Paragraph 18) shall be prosecuted in a federal or state court of competent jurisdiction located within the City of New York, USA and LICENSEE consents to the jurisdiction of such court and to the service of process by mail.

FORM: NBAP
U.S./Non-Apparel
PR and RPR

LICENSEE: PHOTO FILE, INC.                RETAIL PRODUCT LICENSE AGREEMENT
ADDRESS: 5 Odell Plaza
              Yonkers, NY 10701

**THIS RETAIL PRODUCT LICENSE AGREEMENT** is entered into by NBA Properties, Inc. ("NBAP"), with its principal office at 645 Fifth Avenue, New York, New York 10022, and the licensee listed above ("LICENSEE") with regard to the commercial use of certain names, logos, symbols, emblems, designs and uniforms and all identifications, labels, insignia or indicia thereof (the "Marks") of the National Basketball Association (the "NBA") and its Member Teams (collectively, the "NBA Marks") in combination with the names, nicknames, photographs, portraits, likenesses, signatures or other identifiable features ("Attributes") of certain current and/or retired NBA players. On the terms of this Agreement and subject to the attached NBAP Standard Terms and Conditions, NBAP hereby grants to LICENSEE, and LICENSEE hereby accepts, the non-exclusive (except as otherwise expressly provided in this Agreement) right and license to use the Marks of the Member Teams, the silhouetted dribbler logo (the "NBA Logo") and Marks of the NBA, NBA All-Star Weekend and NBA Playoffs and Finals (collectively, the "Licensed Marks") in combination with (i) Attributes of certain current NBA Players (on a group basis and to the extent NBAP can convey such rights in accordance with the Group License Agreement between NBAP and the National Basketball Players Association ("NBPA") (or its successor) (the "Current Player Attributes")) in accordance with the terms of this Agreement (including the usage of multiple player requirements set forth in Paragraph A below) and/or (ii) Attributes of certain retired NBA players (on a group basis and to the extent NBAP can convey such rights in accordance with the Group License Agreement between NBAP and the National Basketball Retired Players Association ("NBRPA") (the "Retired Player Attributes" and, together with the Current Player Attributes, the "Licensed Attributes") in accordance with the terms of this Agreement (including the usage of multiple player requirements set forth in Paragraph A below), in every case, solely in connection with the manufacture, distribution, advertisement, promotion and sale of the products described in Paragraph A below including one or more of the Licensed Marks ("Licensed Products"). No license or right is granted for the use of the Licensed Marks for any purpose other than on the Licensed Products and in the distribution, advertisement, promotion and sale of the Licensed Products in accordance with this Agreement.

<u>**REDACTED**</u>

**REDACTED**

**B.  TERM:** As of August 1, 2001 to September 30, 2003  (the "Term").   Notwithstanding anything to the contrary in Paragraph 1(a) of the NBAP Standard Terms and Conditions attached hereto, the 1st Contract Year shall commence as of August 1, 2001 and conclude September 30, 2002.

**REDACTED**

REDACTED

AGREED TO AND ACCEPTED, subject
to and incorporating the attached NBAP
Standard Terms and Conditions which
the undersigned has read:
PHOTO FILE, INC.

By: _____
Title: _____

AGREED TO AND ACCEPTED:
NBA PROPERTIES, INC.

By: _____
    Harvey E. Benjamin
    Senior Vice President, Business Affairs

Dated: _____

**REDACTED**

(d) Governing Law and Jurisdiction:  This Agreement shall be construed in accordance with the laws of the State of New York, USA, without regard to its principles of conflicts of laws.  Any claim arising under this Agreement (except as provided under Paragraph 18) shall be prosecuted in a federal or state court of competent jurisdiction located within the City of New York, USA and LICENSEE consents to the jurisdiction of such court and to the service of process by mail.

**REDACTED**

FORM: NBAP
U.S./Non-Apparel
PR/RPR

LICENSEE: PHOTO FILE, INC.   RETAIL PRODUCT LICENSE AGREEMENT
ADDRESS: 5 Odell Plaza
    Yonkers, NY 10701

**THIS RETAIL PRODUCT LICENSE AGREEMENT** is entered into by NBA Properties, Inc. ("NBAP"), with its principal office at 645 Fifth Avenue, New York, New York 10022, and the licensee listed above ("LICENSEE") with regard to the commercial use of certain names, logos, symbols, emblems, designs and all identifications, labels, insignia, indicia or trade dress thereof (the "Marks") of the National Basketball Association (the "NBA") and its Member Teams (collectively, the "NBA Marks") in combination with the names, nicknames, photographs, portraits, likenesses, signatures or other identifiable features ("Attributes") of current and/or retired NBA players. On the terms of this Agreement and subject to the attached NBAP Standard Terms and Conditions, NBAP hereby grants to LICENSEE, and LICENSEE hereby accepts, the non-exclusive (except as may otherwise expressly be provided in this Agreement) right and license to use (i) the Marks of the Member Teams, the silhouetted dribbler logo (the "NBA Logo") and Marks of the NBA, NBA All-Star Weekend and NBA Playoffs and Finals (collectively, the "Licensed Marks"), and/or (ii) the Licensed Marks in combination with Attributes of certain current NBA Players (on a group basis and to the extent NBAP can convey such rights in accordance with the Group License Agreement between NBAP and the National Basketball Players Association ("NBPA") (or its successor) (the "Current Player Attributes") in accordance with the terms of this Agreement (including the usage or multiple player requirements set forth in Paragraph A below) and/or (iii) Attributes of certain retired NBA players (on a group basis and to the extent NBAP can convey such rights in accordance with the Group License Agreement between NBAP and the National Basketball Retired Players Association ("NBRPA") (or its successor) (the "Retired Player Attributes" including the usage of multiple player requirements set forth in Paragraph A below) and, together with the Current Player Attributes in accordance with the terms of this Agreement (the "Licensed Attributes"), in every case, solely in connection with the manufacture, distribution, advertisement, promotion and sale of the products described in Paragraph A below including one or more of the Licensed Marks ("Licensed Products"). No license or right is granted for the use of the Licensed Marks for any purpose other than on the Licensed Products and in the distribution, advertisement, promotion and sale of the Licensed Products in accordance with this Agreement.

<u>**REDACTED**</u>

**REDACTED**

B. **TERM:** October 1, 2003 to September 30, 2006 (the "Term")

**REDACTED**

**REDACTED**

AGREED TO AND ACCEPTED, subject
to and incorporating the attached NBAP
Standard Terms and Conditions which
the undersigned has read:
PHOTO FILE, INC.

By:_____

Title:_____

AGREED TO AND ACCEPTED:
NBA PROPERTIES, INC.

By:_____
    Salvatore LaRocca
    Senior Vice President,
    Global Merchandising Group

Dated:____1/17/05_____

4

**REDACTED**

(d) Governing Law and Jurisdiction:  This Agreement shall be construed in accordance with the laws of the State of New York, USA, without regard to its principles of conflicts of laws.  Any claim arising under this Agreement (except as provided under Paragraph 18) shall be prosecuted in a federal or state court of competent jurisdiction located within the City of New York, USA and LICENSEE consents to the jurisdiction of such court and to the service of process by mail.

**REDACTED**

# gettyimages

One Hudson Square, 75 Varick Street, 5th Floor, New York, NY 10013 USA
Tel 646 613 4000 Fax 646 613 4001 www.gettyimages.com

## GETTY IMAGES LICENSE AGREEMENT

This agreement is between Getty Images (US) Inc., with offices at 75 Varick St New York, NY 10013 ("Getty Images") and Photo File, Inc. a Photo Product Corporation with offices at 5 Odell Plaza, Yonkers, NY 10701 ("Licensee").

**REDACTED**

**getty**images

One Hudson Square, 75 Varick Street, 5th Floor, New York, NY 10013 USA
Tel 646 613 4000 Fax 646 613 4001 www.gettyimages.com

<u>REDACTED</u>

7.    **TERM**

7.1    The term of this Agreement shall begin on October 1, 2003 and end on September 30, 2006 (the Termination Date). If the parties extend or renew the term of this Agreement beyond the Termination Date, such extension or renewal shall be subject to revision by either of the parties of the terms stated herein in accordance with the provisions of Paragraph 12.9 below.

<u>REDACTED</u>

**getty**images

One Hudson Square, 75 Varick Street, 5th Floor, New York, NY 10013 USA
Tel 646 613 4000 Fax 646 613 4001 www.gettyimages.com

12.    **GENERAL TERMS AND CONDITIONS**

**REDACTED**

12.6    Law Governing: This Agreement, its validity and effect, shall be interpreted under and governed by the laws of the State of New York, without reference to its laws relating to conflicts of law. Venue for all disputes arising under this Agreement shall lie exclusively in the Supreme Court of New York County in the State of New York or the Federal District Courts of the Southern District of New York (as permitted by law) and each party agrees not to contest the personal jurisdiction of these courts. Notwithstanding, Getty Images shall have the right to commence and prosecute any legal or equitable action or proceeding before any court of competent jurisdiction to obtain injunctive or other relief.

**REDACTED**

**gettyimages**

One Hudson Square, 75 Varick Street, 5th Floor, New York, NY 10013 USA
Tel 646 613 4000 Fax 646 613 4001 www.gettyimages.com

12.9    Entire Agreement: This Agreement constitutes the entire agreement among the parties relating to its subject matter and, may not be amended, modified or terminated except by an instrument in writing signed by an authorized representative of each party. Without prejudice to the accrued rights and obligations of the parties, this Agreement expressly cancels and supersedes all other agreements relating to the subject matter of this Agreement.

**Getty Images, Inc.**

By:

SIGNED: *[signature]*

PRINTED: *Shez Ferguson*

TITLE: *Sup, sale American*

DATE: *12/2/03*

**Photo File, Inc.**

By:

SIGNED: *[signature]*

PRINTED: *Charles Singer*

TITLE: *Pres.*

DATE: *11-25-03*