UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RICHARD RAPHAEL,<br><br>             Plaintiff,<br><br>v.<br><br>NBA PROPERTIES, INC.,<br>GETTY IMAGES (US), INC., and<br>PHOTO FILE, INC.,<br><br>             Defendants. | Civil Action No. 05-CV-11617-MLW |

### DECLARATION OF GINA M. MCCREADIE IN
### SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE

I, Gina M. McCreadie, hereby declare and state as follows:

1.     This declaration is offered in support of the Motion to Transfer Venue by Defendants NBA Properties, Inc. ("NBA Properties"), Getty Images (US), Inc. ("Getty Images"), and Photo File, Inc. ("Photo File") (collectively, "Defendants").

2.     I am an associate in the Boston office of Nixon Peabody LLP. I am counsel to the Defendants in the above-captioned matter.

3.     Attached hereto as Exhibit 1 is a true and correct copy of *Plaintiff's Automatic Required Disclosures* dated November 7, 2005.

4.     Attached hereto as Exhibit 2 is a true and correct copy of a report generated from the 2004 Federal Court Management Statistics for the United States District Court for the District of Massachusetts, located at http://www.uscourts.gov/cgi-bin/cmsd2004.pl (last accessed December 27, 2005).

5.     Attached hereto as Exhibit 3 is a true and correct copy of a report generated from the 2004 Federal Court Management Statistics for the United States District Court for the

Southern District of New York, located at http://www.uscourts.gov/cgi-bin/cmsd2004.pl (last accessed December 27, 2005).

Signed under the pains and penalties of perjury this 27th date of December, 2005.

*Gina M. McCreadie*
Gina M. McCreadie

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD RAPHAEL,<br><br>     Plaintiff,<br><br>v.<br><br>NBA PROPERTIES, INC.,<br>GETTY IMAGES (US), INC., and<br>PHOTO FILE, INC.,<br><br>     Defendants. | CIVIL ACTION NO. 05-11617MLW |

**PLAINTIFF'S AUTOMATIC REQUIRED DISCLOSURES**

Pursuant to Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2(A), Plaintiff Richard Raphael ("Plaintiff") makes the following disclosures:

A. PERSONS LIKELY TO HAVE DISCOVERABLE INFORMATION

Plaintiff knows of the following persons likely to have discoverable information:

 (i) Richard Raphael, 43 Pilgrim Road, Marblehead, Massachusetts. Tel. 781-631-0411. Plaintiff has information concerning the subject matter set forth in the Complaint and in the Reply to the Counterclaim.

 (ii) Gerald Krasker, Esq., 990 Paradise Road, Swampscott, Massachusetts. Tel. 781-595-3189. Mr. Krasker has information concerning the subject matter set forth in the Complaint, including the discussions between NBA Entertainment and Plaintiff that were initiated around October 1995.

 (iii) Carmin Romanelli. Current address unknown; formerly with NBA

             Entertainment. Mr. Romanelli has information concerning discussions between NBA Entertainment and Plaintiff that were initiated around October 1995.

(iv)    David Denenberg. NBA Entertainment, 450 Harmon Meadow Boulevard, Secaucus, New Jersey. Tel. 201-974-6191. Mr. Denenberg has information concerning the subject matter set forth in the Complaint and in the Counterclaim, including the discussions between NBA Entertainment and Plaintiff that were initiated around October 1995.

(v)    Charles Rosenzweig. NBA Entertainment, 450 Harmon Meadow Boulevard, Secaucus, New Jersey. Tel. 201-865-1500. Mr. Rosenweig has information concerning the subject matter set forth in the Complaint and in the Counterclaim, including the discussions between NBA Entertainment and Plaintiff that were initiated around October 1995.

B.    DOCUMENTS

Enclosed herewith are copies of all documents in Plaintiff's possession, custody, or control that Plaintiff expects he may use to support his claims or defenses, with the following exceptions: Plaintiff's NBA photographs, printouts from various websites selling Plaintiff's NBA Photographs, and material available from the U. S. Copyright Office.

C.    COMPUTATION OF DAMAGES

Plaintiff is unable to compute his damages until such time as discovery is completed regarding defendants' revenues and profits relating to their use, sale, and licensing of Plaintiff's NBA photographs.

2

D.  INSURANCE AGREEMENT

Plaintiff has no insurance which might satisfy any judgment that may be rendered against him.

Respectfully submitted,

RICHARD RAPHAEL,
By his attorneys,

Jeffrey P. Allen (BBO#015500)
Molly Cochran (BBO# 551833)
Seegel, Lipshutz & Wilchins, P.C.
20 William St., Suite 130
Wellesley, MA  02481
(781) 237-4400

Dated: November 1, 2005

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served via regular U.S. mail on Gina M. McCreadie, Esq., Nixon Peabody LLP, 100 Summer Street, Boston, MA  02110 this ___ day of November, 2005.

Molly Cochran

K:\Molly-8300\Raphael-3358-7000\Pleadings\Automatic disclosures.doc

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| MASSACHUSETTS | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 3,819 | 3,720 | 3,765 | 3,276 | 3,651 | 3,770 | | |
| | Terminations | | 3,683 | 3,513 | 3,565 | 3,470 | 3,501 | 3,842 | | |
| | Pending | | 4,496 | 4,416 | 4,300 | 4,126 | 4,275 | 4,117 | | |
| | % Change in Total Filings | Over Last Year | 2.7 | | | | | | 38 | 2 |
| | | Over Earlier Years | | | 1.4 | 16.6 | 4.6 | 1.3 | 64 | 3 |
| | Number of Judgeships | | 13 | 13 | 13 | 13 | 13 | 13 | | |
| | Vacant Judgeship Months** | | 8.0 | 7.0 | .0 | .0 | .0 | .0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 294 | 285 | 289 | 252 | 281 | 290 | 83 | 2 |
| | | Civil | 255 | 246 | 243 | 222 | 249 | 258 | 74 | 2 |
| | | Criminal Felony | 27 | 31 | 38 | 30 | 32 | 32 | 93 | 5 |
| | | Supervised Release Hearings** | 12 | 8 | 8 | - | - | - | 72 | 2 |
| | Pending Cases | | 346 | 340 | 331 | 317 | 329 | 317 | 65 | 1 |
| | Weighted Filings** | | 349 | 344 | 354 | 322 | 364 | 347 | 74 | 1 |
| | Terminations | | 283 | 270 | 274 | 267 | 269 | 296 | 85 | 3 |
| | Trials Completed | | 17 | 15 | 15 | 12 | 13 | 14 | 58 | 2 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 14.9 | 14.3 | 13.4 | 13.2 | 12.6 | 12.4 | 94 | 5 |
| | | Civil** | 9.4 | 10.7 | 11.5 | 10.2 | 10.2 | 10.9 | 42 | 3 |
| | From Filing to Trial** (Civil Only) | | 31.7 | 28.5 | 25.5 | 23.8 | 26.4 | 23.0 | 75 | 4 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 215 | 198 | 229 | 275 | 260 | 160 | | |
| | | Percentage | 5.7 | 5.4 | 6.3 | 7.7 | 7.0 | 4.4 | 68 | 4 |
| | Average Number of Felony Defendants Filed Per Case | | 1.5 | 1.4 | 1.6 | 1.6 | 1.5 | 1.7 | | |
| | Jurors | Avg. Present for Jury Selection | 47.60 | 49.14 | 46.26 | 51.51 | 44.40 | 41.94 | | |
| | | Percent Not Selected or Challenged | 27.5 | 33.4 | 23.2 | 26.2 | 14.8 | 15.2 | | |

| 2004 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 3312 | 97 | 24 | 424 | 43 | 34 | 269 | 503 | 581 | 223 | 492 | 10 | 612 |
| Criminal* | 351 | 29 | 8 | 46 | - | 22 | 96 | ** | 4 | 91 | - | 14 | 41 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| NEW YORK SOUTHERN | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 12,422 | 12,321 | 13,937 | 12,783 | 11,564 | 15,106 | | |
| | Terminations | | 11,471 | 10,780 | 12,618 | 11,247 | 14,638 | 11,350 | | |
| | Pending | | 17,638 | 17,275 | 16,198 | 15,818 | 14,275 | 17,626 | | |
| | % Change in Total Filings | Over Last Year | .8 | | | | | | 52 | 3 |
| | | Over Earlier Years | | | -10.9 | -2.8 | 7.4 | -17.8 | 87 | 5 |
| | Number of Judgeships | | 28 | 28 | 28 | 28 | 28 | 28 | | |
| | Vacant Judgeship Months** | | 8.8 | 33.3 | 15.8 | .0 | 22.1 | 38.0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 444 | 441 | 498 | 457 | 413 | 540 | 54 | 3 |
| | | Civil | 388 | 381 | 441 | 420 | 371 | 492 | 37 | 3 |
| | | Criminal Felony | 44 | 47 | 48 | 37 | 42 | 48 | 80 | 5 |
| | | Supervised Release Hearings** | 12 | 13 | 9 | - | - | - | 72 | 5 |
| | Pending Cases | | 630 | 617 | 579 | 565 | 510 | 630 | 11 | 3 |
| | Weighted Filings** | | 527 | 513 | 539 | 560 | 521 | 489 | 35 | 3 |
| | Terminations | | 410 | 385 | 451 | 402 | 523 | 405 | 57 | 3 |
| | Trials Completed | | 16 | 17 | 15 | 15 | 18 | 21 | 63 | 3 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 11.9 | 11.8 | 13.3 | 12.3 | 13.5 | 12.0 | 88 | 5 |
| | | Civil** | 8.1 | 8.4 | 8.3 | 7.2 | 5.2 | 9.0 | 23 | 2 |
| | From Filing to Trial** (Civil Only) | | 26.8 | 22.6 | 23.0 | 24.4 | 22.0 | 24.8 | 62 | 1 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 1,656 | 1,312 | 1,230 | 1,585 | 1,098 | 990 | | |
| | | Percentage | 11.6 | 9.2 | 9.2 | 12.1 | 9.5 | 6.6 | 83 | 4 |
| | Average Number of Felony Defendants Filed Per Case | | 1.7 | 1.5 | 1.5 | 1.6 | 1.7 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | 88.01 | 82.96 | 83.28 | 73.12 | 60.55 | 52.58 | | |
| | | Percent Not Selected or Challenged | 53.1 | 54.8 | 61.9 | 53.2 | 54.0 | 47.4 | | |

| 2004 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 10859 | 220 | 23 | 1251 | 68 | 44 | 919 | 1744 | 2340 | 808 | 1643 | 109 | 1690 |
| Criminal* | 1204 | 135 | 14 | 172 | 15 | 66 | 348 | ** | 18 | 330 | 4 | 9 | 93 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."