UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RICHARD RAPHAEL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NBA PROPERTIES, INC., )<br>GETTY IMAGES (US), INC., and )<br>PHOTO FILE, INC., )<br>)<br>Defendants. ) | CIVIL ACTION NO.  05-11617MLW |

**STIPULATION FOR ENLARGEMENT OF TIME IN WHICH TO RESPOND TO DEFENDANTS' MOTION TO TRANSFER VENUE**

Plaintiff and Defendants hereby stipulate that the time in which Plaintiff may file his response to Defendants' Motion to Transfer Venue is hereby enlarged until January 16, 2006.

Respectfully submitted,

RICHARD RAPHAEL,
By his attorneys,

_____
Jeffrey P. Allen (BBO#015500)
Molly Cochran (BBO# 551833)
Seegel, Lipshutz & Wilchins, P.C.
20 William St., Suite 130
Wellesley, MA  02481
Tel.  781-237-4400
Fax 781-235-2333

NBA PROPERTIES, INC.
GETTY IMAGES (US), INC.
PHOTO FILE, INC.

By their attorneys,

*Mark D. Robins /mc*
Nicholas Papastavros (BBO# 635742)
Mark D. Robins (BBO# 559933)
Gina M. McCreadie (BBO# 661107)
NIXON PEABODY LLP
100 Summer St.
Boston, MA 02110
Tel. 617-345-1000
Fax 617-345-1300

Dated: January 4, 2006

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served via regular U.S. mail on Mark Robins, Esq., Nixon Peabody LLP, 100 Summer Street, Boston, MA 02110 this 4th day of January, 2006.

*Molly Cochran*
Molly Cochran

163144.1.3358.7000

2