# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD RAPHAEL, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>NBA PROPERTIES, INC., )<br>GETTY IMAGES (US), INC., and )<br>PHOTO FILE, INC., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-CV-11617-MLW |

## DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3 of the United States District Court for the District of Massachusetts, Defendants NBA Properties, Inc. ("NBA Properties"), Getty Images (US), Inc. ("Getty Images"), and Photo File, Inc. ("Photo File") hereby submit the following disclosure statement.

NBA Properties hereby states that it does not have a parent corporation. No publicly held corporation owns 10% or more of the stock of NBA Properties.

Getty Images hereby states that the parent corporation of Getty Images is Getty Images, Inc., a Delaware corporation. No publicly held corporation owns 10% or more of Getty Images' stock.

Photo File hereby states that it does not have a parent corporation. No publicly held corporation owns 10% of more of Photo File's stock.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | NBA PROPERTIES, INC.<br>GETTY IMAGES (US), INC., and<br>PHOTO FILE, INC., |
|  | By their attorneys, |
|  | /s/ Gina M. McCreadie<br>Nicholas G. Papastavros, BBO No. 635742<br>Mark D. Robins, BBO No. 559933<br>Gina M. McCreadie, BBO No. 661107<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, MA  02110<br>Tel:  (617) 345-1000 |
| Dated: January 9, 2006 | Fax:  (617) 345-1300 |

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing *Defendants' Rule 7.1 Disclosure Statement*, which was filed electronically with the Court through the Electronic Case Files system, will be sent electronically to registered counsel of record as identified on the Notice of Electronic Filing ("NEF") and a paper copy will be sent via first class mail on January 9, 2006 to any counsel of record who are not registered on NEF.

        /s/ Gina M. McCreadie
           Gina M. McCreadie