UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD RAPHAEL,<br><br>     Plaintiff,<br><br>v.<br><br>NBA PROPERTIES, INC.,<br>GETTY IMAGES (US), INC., and<br>PHOTO FILE, INC.,<br><br>     Defendants. | CIVIL ACTION NO. 05-11617MLW |

**LOCAL RULE 16.1(D) JOINT STATEMENT**

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(D), the parties file the following statement following their Rule 26(f) conference:

I. Agenda of Matters to be Discussed

  A  Establishing a discovery plan and pretrial schedule.

  B  Consent to trial by magistrate. None of the parties consent to trial by magistrate judge.

II. Discovery Matters

  A. *Automatic Disclosures*

Plaintiff has already made its automatic disclosure pursuant to Rule 26(a). Defendants will made their automatic disclosures by January 18, 2006.

  B. *Discovery Limitations*

The parties agree to follow the Federal Rules of Civil Procedure and the Local Rules, except that Defendants agree that: (i) they will jointly issue (at most) one set of

interrogatories limited to twenty-five (25) questions to Plaintiff; and (ii) they will jointly issue (at most) one set of requests for admission to Plaintiff.

The parties do not anticipate any phasing of discovery in this matter.

C. *Pretrial Schedule*

Plaintiff and Defendants propose the following deadlines:

    Completion of fact discovery: August 31, 2006

    Issuance of Plaintiff's expert report: October 31, 2006

    Issuance of Defendant's expert report: December 31, 2006

    Completion of expert discovery: February 28, 2007

    Dispositive motions filed: March 31, 2007

    Final pretrial conference: June, 2007 or at the court's convenience.

    Trial: July, 2007 or at the court's convenience.

III.    <u>Certification</u>

The parties are separately filing the certifications required under Rule 16.1(D)(3).

 

Respectfully submitted,

RICHARD RAPHAEL,
By his attorneys,

*/s/ Molly Cochran*
Jeffrey P. Allen (BBO#015500)
Molly Cochran (BBO# 551833)
Seegel, Lipshutz & Wilchins, P.C.
20 William St., Suite 130
Wellesley, MA 02481
Tel. 781-237-4400
Fax 781-235-2333

2

NBA PROPERTIES, INC.
GETTY IMAGES (US), INC.
PHOTO FILE, INC.

By their attorneys,

*Mark Robins /mc*

Nicholas Papastavros (BBO# 635742)
Mark D. Robins (BBO# 559933)
Gina M. McCreadie (BBO# 661107)
NIXON PEABODY LLP
100 Summer St.
Boston, MA 02110
Tel. 617-345-1000
Fax 617-345-1300

Dated: January 9, 2006

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served via facsimile and regular U.S. mail on Mark Robins, Esq., Nixon Peabody LLP, 100 Summer Street, Boston, MA 02110 this 9th day of January, 2006.

*Molly Cochran*

Molly Cochran

162637.1.3358.7000