UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD RAPHAEL,<br><br>             Plaintiff,<br>v.<br><br>NBA PROPERTIES, INC.,<br>GETTY IMAGES (US), INC., and<br>PHOTO FILE, INC.,<br><br>             Defendants. | Civil Action No. 05-CV-11617-MLW |

**DEFENDANTS' LOCAL RULE 16.1(D)(3) CERTIFICATION**

We, the undersigned, hereby certify that we have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

Respectfully submitted,

NIXON PEABODY LLP

*/s/ Gina M. McCreadie*
Nicholas G. Papastavros, BBO No. 635742
Mark D. Robins, BBO No. 559933
Gina M. McCreadie, BBO No. 661107
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110
Tel:  (617) 345-1000
Fax:  (617) 345-1300

*Attorneys for Defendants NBA Properties, Inc., Getty Images (US), Inc., and Photo File, Inc.*

Dated: January 13, 2006

NBA PROPERTIES, INC.

_____
David Denenberg
Vice President of Legal and Business Affairs

Dated: January 13, 2006

2

GETTY IMAGES (US), INC.

*[signature: Lizanne Vaughan]*

Lizanne Vaughan
Corporate Counsel

Dated: January 11, 2006

PHOTO FILE, INC.

*[signature: Keith Holden]*

Keith Holden
President and Chief Operating Officer

Dated: January 13, 2006

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Defendants' Local Rule 16.1(D)(3) Certification*, which was filed electronically with the Court through the Electronic Case Files system, will be sent electronically to registered counsel of record as identified on the Notice of Electronic Filing ("NEF") and a paper copy will be sent via first class mail on January 13, 2006 to any counsel of record who are not registered on NEF.

*/s/ Gina M. McCreadie*
Gina M. McCreadie