UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RICHARD RAPHAEL,<br><br>        Plaintiff,<br><br>v.<br><br>NBA PROPERTIES, INC.,<br>GETTY IMAGES (US), INC., and<br>PHOTO FILE, INC.,<br><br>        Defendants. | CIVIL ACTION NO. 05-11617MLW |

**AFFIDAVIT OF MOLLY COCHRAN IN OPPOSITION TO
DEFENDANTS' MOTION TO TRANSFER VENUE**

Molly Cochran, being duly sworn, deposes and states as follows:

1. I am a member of the bar of the Commonwealth of Massachusetts and an associate with the law firm of Seegel, Lipshutz & Wilchins, P.C. I represent plaintiff Richard Raphael in the captioned action.

2. Seegel, Lipshutz & Wilchins sent defendant NBA Properties, Inc. ("NBA") a demand letter dated May 2, 2004 concerning Mr. Raphael's claims to photographs taken before he entered into a work-for-hire arrangement with NBA. After receipt of that letter, David Denenberg and another representative of NBA met with my co-counsel Jeffrey Allen, Esq., Mr. Raphael, and myself at our offices in Wellesley, Massachusetts. During the course of that meeting we explored at length the nature of Mr. Raphael's claims concerning photographs designated "Old Material" under the letter dated "As of October 1995." No issues or claims were raised with respect to work-for-hire photographs.

4.  The Complaint in this action was drafted to challenge Defendants' use of photographs that pre-date the work-for-hire arrangement, which Mr. Raphael owns the copyright to. The Complaint does not embrace any work-for-hire photographs.

5.  In a telephone conversation with Mark Robins, Esq., Defendants' counsel, on or around December 19, 2005, Mr. Robins directly asked me whether the Complaint covered or related to work-for-hire photographs. I responded that in fact the Complaint has nothing to do the work-for-hire photographs that Mr. Raphael is making no claims with respect to such photographs, and that such photographs lay outside the scope of the Complaint.

Sworn to under the pains and penalties of perjury and subscribed this 12th day of January, 2006.

_____
Molly Cochran

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served via regular U.S. mail on Gina M. McCreadie, Esq., Nixon Peabody LLP, 100 Summer Street, Boston, MA 02110 this 12th day of January, 2006.

_____
Molly Cochran

269545.1.3358.7000