UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2006 JAN 13 P 2: 02

DISTRICT COURT
DISTRICT OF MASS.

RICHARD RAPHAEL,

        Plaintiff,

v.

NBA PROPERTIES, INC.,
GETTY IMAGES (US), INC., and
PHOTO FILE, INC.,

        Defendants.

CIVIL ACTION NO. 05-11617MLW

### AFFIDAVIT OF RICHARD RAPHAEL IN OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE

Richard Raphael, being duly sworn, deposes and states as follows:

1. I am a resident of Marblehead, Massachusetts, where I have lived my entire life. I am 67 years of age, suffer from diabetes and hypertension, and am severely overweight, which makes it very difficult for me to travel. Due to my health condition, I rarely travel outside the Marblehead area.

2. In 1995, I was approached by NBA Entertainment, Inc. (hereinafter "NBA") to enter into a deal with them concerning my photographs. NBA told me they wanted to: (i) license and obtain the copyright to my existing photographs of the Celtics and other NBA players; and (ii) enter into a new "work-for-hire" arrangement whereby NBA would send me on assignment to photograph Celtics games, and I would be paid a set fee for my photographs, the copyright to which would be owned by NBA.

3.  During my discussions with NBA concerning these proposals, I spoke on the telephone with NBA representatives from my office in Massachusetts, and met in person with NBA representatives in Massachusetts, and on one occasion in New Jersey.

4.  My attorney, Gerald Krasker, represented me in connection with negotiations with the NBA. At the time Mr. Krasker worked out of an office in Boston. Mr. Krasker, who is now retired, currently lives in Massachusetts and in Florida.

5.  Shortly after I was presented with the letter designated "As of October 1, 1995," I began taking took photographs of Celtics games on assignment for NBA under a purported "work-for-hire" arrangement for a set fee. This arrangement lasted a couple of seasons at most. I have never raised any complaints or made any claims against any of NBA, Getty Images (US), Inc., or Photo File, Inc. (together, "Defendants"), formally or informally, concerning these work-for-hire photographs. The purpose of my Complaint in this action is to challenge Defendants' use of my photographs that pre-date the work-for-hire arrangement, which I own the copyright to and have not agreed to license.

6.  I have been retired since 2001. My annual income from 2001 forward has averaged less than $10,000, with the exception of 2003 or 2004, when my income included a $25,000 payment from the NFL. If I were to have to pay for repeated trips to New York for myself and my counsel for hearings and for trial, and if I were to have to pay to retain local counsel admitted to the Southern District of New York, litigating this matter could prove prohibitively expensive.

7. While I provided NBA with many duplicate photographs and duplicate transparencies in 1995, I maintain the originals of my entire photographic library in Marblehead, Massachusetts.

Sworn to under the pains and penalties of perjury and subscribed this \_11\_ day of January, 2006.

_____
Richard Raphael

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served via regular U.S. mail on Gina M. McCreadie, Esq., Nixon Peabody LLP, 100 Summer Street, Boston, MA 02110 this 13th day of January, 2006.

_____
Molly Cochran

269539.1.3358.7000