UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD RAPHAEL, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-CV-11617-MLW |
| v. ) | |
| ) | |
| NBA PROPERTIES, INC., ) | |
| GETTY IMAGES (US), INC., and ) | |
| PHOTO FILE, INC. ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' MOTION FOR LEAVE TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE AND REQUEST FOR A HEARING

Defendants NBA Properties, Inc., Getty Images (US), Inc., and Photo File, Inc. (collectively, "Defendants") hereby move the Court for leave to file the accompanying *Reply to Plaintiff's Opposition to Defendants' Motion to Transfer Venue and Request for a Hearing* (the "Reply") and the Second Declarations of Gina M. McCreadie and Charles Rosenzweig. In support of this motion, Defendants state as follows:

1. Defendants request leave of Court to file the Reply and supporting declarations to correct misstatements in *Plaintiff's Opposition to Defendants' Motion to Transfer Venue and Request for a Hearing* (the "Opposition"), including bringing to the Court's attention facts that conflict with Mr. Raphael's statements about his ability to travel — namely, his regular attendance at the Super Bowl in locations far more distant than New York.

2. On January 30, 2006, counsel for Defendants spoke with Molly Cochran, counsel for Mr. Raphael, to obtain her assent to file this motion. Mr. Cochran refused to assent to this motion on the ground that the motion is purportedly untimely. However, there is no deadline to

file a motion for leave to file a reply under the Local Rules for the United States District Court for the District of Massachusetts. As set forth below, Defendants prepared their reply promptly after receipt of Mr. Raphael's improperly filed Opposition, and Defendants had consented to an extension for Mr. Raphael to file that Opposition.

3. On January 5, 2006, Mr. Raphael, with the consent of Defendants, filed a stipulation for an enlargement of time to respond to Defendants' Motion to Transfer Venue until January 16, 2006.

4. On January 12, 2006, counsel for Mr. Raphael mailed his Opposition and supporting affidavits to the Clerk's Office for filing via overnight mail rather than adhering to the mandate of Local Rule 5.4, which requires that unless otherwise ordered by the Court, "all pleadings and other papers submitted to the court must be filed, signed, and verified by electronic means as provided herein." The Court entered the Opposition on the docket on January 18, 2006 as filed on January 13, 2006. Counsel for the Defendants received electronic notification of such filing on January 18, 2006.

5. On January 12, 2006, counsel for Mr. Raphael served the Opposition on counsel for the Defendants via regular mail, which was received on January 17, 2006.

6. Additional investigation concerning the matters in Mr. Raphael's Opposition has uncovered facts that conflict with Mr. Raphael's statements to the Court concerning his ability to travel.

WHEREFORE, Defendants respectfully request that the Court:

(1) Grant Defendants leave of Court to file a reply to *Plaintiff's Opposition to Defendants' Motion to Transfer Venue and Request for a Hearing* and the Second Declarations of Gina M. McCreadie and Charles Rosenzweig; and

(2) Grant such further relief as is just and appropriate.

Respectfully submitted,

NBA PROPERTIES, INC.
GETTY IMAGES (US), INC., and
PHOTO FILE, INC.,

By their attorneys,

 /s/ Gina M. McCreadie
Nicholas G. Papastavros, BBO No. 635742
Mark D. Robins, BBO No. 559933
Gina M. McCreadie, BBO No. 661107
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110
Tel:  (617) 345-1000
Fax:  (617) 345-1300

Dated: January 30, 2006

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I hereby certify that I conferred with Molly Cochran, counsel for Mr. Raphael, on January 30, 2006 to obtain her assent to file this motion to which she refused.

 /s/ Gina M. McCreadie
Gina M. McCreadie

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Defendants' Motion for Leave to Reply to Plaintiff's Opposition to Defendants' Motion to Transfer Venue and Request for a Hearing*, which was filed electronically with the Court through the Electronic Case Files system, will be sent electronically to registered counsel of record as identified on the Notice of Electronic Filing ("NEF") and a paper copy will be sent via first class mail on January 30, 2006 to any counsel of record who are not registered on NEF.

 /s/ Gina M. McCreadie
Gina M. McCreadie