## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| RICHARD RAPHAEL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-CV-11617-MLW |
| v. | ) | |
| | ) | |
| NBA PROPERTIES, INC., | ) | |
| GETTY IMAGES (US), INC., and | ) | |
| PHOTO FILE, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## SECOND DECLARATION OF GINA M. MCCREADIE IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE

I, Gina M. McCreadie, hereby declare and state as follows:

1.     This declaration is offered in support of the Motion to Transfer Venue by Defendants NBA Properties, Inc. ("NBA Properties"), Getty Images (US), Inc. ("Getty Images"), and Photo File, Inc. ("Photo File") (collectively, "Defendants").

2.     I am an associate in the Boston office of Nixon Peabody LLP.  I am counsel to the Defendants in the above-captioned matter.

3.     Attached hereto as Exhibit 1 is a true and correct copy of a print-out of an article from Celtic-Nation.com, dated March 30, 2005, entitled "Camera Ready:  The Dick Raphael Interview," by Michael D. McClellan, located at http://www.celticnation.com/news/2004_2005_news/03_30_2005_camera_ready.htm (printed on January 26, 2006).

4.     Attached hereto as Exhibit 2 is a true and correct copy of a print-out of an article from mlive.com, dated December 25, 2005, entitled "Green has seen Super Bowl come a long way," by Tom Kowalski, located at http://www.mlive.com/printer/printer.ssf?/base/sports-0/11352498093850.xml&coll=1 (printed on January 26, 2006).

5.    Attached hereto as Exhibit 3 is a true and correct copy of a print-out entitled "About Dick Raphael" from the Boston Sports Gallery website, located at http://bostonsportsgallery.com/about.html (printed on January 26, 2006).

6.    Attached hereto as Exhibit 4 is a true and correct copy of print-outs from the Super Bowl XL website showing the locations of Super Bowls XXXV, XXXVI, XXXVII, XXXVIII, XXXIX, and XL, located at www.superbowl.com (printed on January 28, 2006).

7.    Attached hereto as Exhibit 5 is a true and correct copy of print-outs of the biographies for Attorneys Michael B. Cosentino, William A. Devasher, Jr., Theresa Giannavola, and Lana Sullivan from the Seegel, Lipshutz & Wilchins, P.C. website, located at www.slwpc.com (printed on January 23, 2006).

8.    Attached hereto as Exhibit 6 is a true and correct copy of a print-out from the LexisNexis Martindate-Hubbell website for Michael B. Cosentino showing that he is admitted to the United States District Court for the Southern District of New York, located at www.martindale.com (printed on January 26, 2006).

9.    Attached hereto as Exhibit 7 is a true and correct copy of Local Rule 1.3 of the United States District Courts for the Southern and Eastern Districts of New York, located at http://www.nysd.uscourts.gov/rules/rules.htm (printed on January 26, 2006).

Signed under the pains and penalties of perjury this 30th date of January, 2006.

_Gina M. McCreadie_
Gina M. McCreadie

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Second Declaration of Gina M. McCreadie in Support of Defendants' Motion to Transfer Venue*, which was filed electronically with the Court through the Electronic Case Files system, will be sent electronically to registered counsel of record as identified on the Notice of Electronic Filing ("NEF") and a paper copy will be sent via first class mail on January 30, 2006 to any counsel of record who are not registered on NEF.

Gina M. McCreadie



## CAMERA READY

### The Dick Raphael Interview

**By: Michael D. McClellan** | Wednesday, March 30th 2005

The Boston Celtics were on a serious roll during the 1960s, collecting championships with the greedy zeal of robber barons, and nobody associated with the team had a better gig than Dick Raphael. He was part Peter Parker, part Norman Rockwell, a freelance photographer paid to capture the battles of basketball's larger-than-life heroes and villains, an artist whose images helped define a generation while pushing the envelope in a field teeming with creative talent. Russell versus Wilt would have been epic by any standard, but Raphael's keen eye helped raise their conflict to near mythic proportions. Find a photo of these two  great giants, locked together in a struggle for basketball supremacy, and chances are pretty good that you're seeing the world from Raphael's courtside vantage point.

While a convergence of timing and talent put Raphael at the heart of basketball's Mecca, today a whole new generation of NBA fans benefit from his good fortune. Classic photos of the Boston Garden serve as our time machine, transporting us to an era brimming with hoops history. Images of Bill Russell, Tommy Heinsohn, John Havlicek and Sam Jones recreate the Celtic Dynasty, frame-by-frame, reminding us of Red Auerbach's burgeoning genius. Fast-forward, and we get a history lesson in Dave Cowens' ferocious intensity. Travel further still, and we relive that unforgettable, late-80s playoff shootout between Larry Bird and Dominique Wilkins. Thirty-five years of memories, all immortalized by the man hired as the Boston Celtics' official photographer after literally walking in off the street. Like the players he captured on film, Dick Raphael is simply that good.

Rare is it that those on the periphery elevate themselves, through their work, to the status of icon within a professional sports franchise. The Boston Celtics caught such lightning in a bottle not once, but twice; first, with radio legend Johnny Most, whose

unique broadcasting style helped make New Englanders care about NBA basketball, and later with Raphael, who gave many fans their first pictorial glimpse into the greatest dynasty the game has ever known. His work has appeared in a pantheon of national publications, including Sports Illustrated, Time, Life and Newsweek. The award-winning Sports Century has borrowed heavily from his collection. Raphael is also the most decorated photographer in the Naismith Memorial Basketball Hall of Fame – from enshrinement photographs to full-feature exhibits, his images can be found at almost every turn. It is a body of work – and a commitment to craft – unrivaled in the history of the National Basketball Association, a photographic résumé that weaves Dick Raphael deep into the fabric of the Boston Celtics.

While no longer photographing full-time, Raphael still clears his calendar for an annual Super Bowl shoot. (He has never missed a game.) He remains close to many Celtic greats, including Bill Russell and K.C. Jones. He also offers many of his classic images to the public via his web site, Boston Sports Gallery (http://www.bostonsportsgallery.com/), and his photos have been featured on the cover of Sports Illustrated a whopping nine times. Celtic Nation is honored to bring you this interview.

Continue to Page 2

ʌ Top

**Michael D. McClellan can be reached at: mmcclellan@celtic-nation.com**

About Celtic Nation | Membership | Free Newsletter | Contact Us | Chat | Privacy Policy | Free Stuff    teamgreen

© 2004 Celtic Nation. Celtic Nation.com is in no way affiliated with the Boston Celtics or the National Basketball Association. Terms of Use
Selected photographs courtesy of Steve Lipofsky, BasketballPhoto.com, and remain property of Lipofsky Photography.



## CAMERA READY - page 2

### The Dick Raphael Interview

**By: Michael D. McClellan** | Wednesday, March 30th 2005

**CELTIC-NATION**
Your association with the Boston Celtics is unique, spanning more than four decades and cementing your legacy as a giant in the field of photography. Please take me back to 1964, and tell me how you came to work for the Celtics.

**DICK RAPHAEL**
I was a student at Boston University at the time, and I loved sports – basketball, football, you name it. I was working as the photo editor for the *Boston University News* when I decided to approach the Celtics. I literally walked in off the street and talked to Howie McHugh, who had been the team's public relations man since 1946. We had a good conversation. Howie ended up giving me a pass to the next home game, with the agreement that I'd take a bunch of pictures as part of my unofficial tryout. I brought the pictures in to him, one thing led to another, and that's how I started freelancing for the Celtics.

Walter Brown, who owned the team, hated freelance photographers. He quickly learned who I was. He'd see me around the court taking pictures, and he'd get very angry. There were times when I'd see him coming, and I knew what was going to happen. He kicked me out of the Boston Garden on more than one occasion [laughs].

**CELTIC-NATION**
A perfect lead-in to my next question. Franchise founder Walter Brown was one of the most beloved owners in all of sports. Mr. Brown passed away on September 17th, 1964, and a month later the team raised the honorary "Number 1" to the rafters in his honor. Please tell me about Mr. Brown, and also about that memorable Boston Garden ceremony?

**DICK RAPHAEL**
From everything I've heard, Walter Brown really cared about everyone within the Boston Celtic organization. It was a true family atmosphere. The team struggled financially in the early years, and he did some very generous things to help the players pay the bills. I wish I could tell you about the ceremony, but unfortunately I wasn't there for that event.

**CELTIC-NATION**
Later that season, one of the most memorable plays in team history occurred.

*Take me back to the 1965 Eastern Division Finals, and John Havlicek's famous steal?*

**DICK RAPHAEL**
I don't remember it – I wasn't at that particular game, so I read about it in the paper like everyone else. That play was immortalized by the late Johnny Most, and everyone growing up in New England is familiar with "Havlicek stole the ball". It's probably the most famous call in NBA history.

**CELTIC-NATION**
*Your photography is world-renowned. Perhaps most intriguing is your collection of Bill Russell-Wilt Chamberlain images. After all of these years, what stands out most about those classic Russell-Chamberlain battles?*

**DICK RAPHAEL**
As a photographer, it would have to be the immense size of these men. Being down on the court gave me a true feel for how big these players were – especially Wilt, who was 7'-1" and close to 300 pounds. So it quickly struck me that these men were giants in a very literal sense. They were big and physical players who really went at each other on the court. The other thing that struck me was how Russell used to psyche out Wilt before the game ever started. He was a master of the mind game, and he always knew which buttons to push – to great effect.

Continue to Page 3  -  Return to Previous Page

⌃ Top

**Michael D. McClellan can be reached at:  mmcclellan@celtic-nation.com**

About Celtic Nation | Membership | Free Newsletter | Contact Us | Chat | Privacy Policy | Free Stuff    teamgreen
© 2004 Celtic Nation.  Celtic Nation.com is in no way affiliated with the Boston Celtics or the National Basketball Association.  Terms of Use
Selected photographs courtesy of Steve Lipofsky, BasketballPhoto.com, and remain property of Lipofsky Photography.



## CAMERA READY - page 3

### The Dick Raphael Interview

**By: Michael D. McClellan** | Wednesday, March 30th 2005

**CELTIC-NATION**
Bill Russell walked away a world champion, the player/coach of the 1969 World Champion Boston Celtics. The Celtics defeated the Lakers in that 1969 NBA Finals, winning that memorable Game 7 in L.A. Please take me back to that classic series, and to Don Nelson's jumper that rattled home to win it?

**DICK RAPHAEL**
I watched it on television. I remember that [Laker owner] Jack Kent Cooke practically guaranteed an LA victory in Game 7. He'd arranged for thousands of balloons to be placed in netting above the court, so that they could be released after the Lakers big win. Didn't happen. I also remember Wilt taking himself out of the game with an injury, and [Laker head coach] Butch van Breda Kolff refusing to let him back on the court.

**CELTIC-NATION**
You have photographed Red Auerbach in all of his capacities with the Celtics – head coach, general manager, president, patriarch. If you had to choose one image of Red Auerbach for a time capsule, which would it be and why?

**DICK RAPHAEL**
I think there would be two – the one of Red and Russell in the locker room, where Red is diagramming a play, and the one of Red coaching from the bench during a game. I'd pick those because they capture who Red Auerbach was and what he did best. He was a coaching genius.

**CELTIC-NATION**
Dave Cowens' arrival in 1970 signaled a new era of Boston Celtics basketball. Everyone I've interviewed talks about the fiery intensity in the young Cowens' eyes. What was it like to photograph him?

**DICK RAPHAEL**
It was amazing. Cowens was the most intense player I've ever seen – he would throw his body around, and he wouldn't think anything of diving into a crowd for a loose ball. He was just an incredibly fierce competitor, but he was also one the nicest, most down-to-earth stars I've ever met. *Sports Illustrated* wanted me to take pictures of Cowens for a feature in the magazine, so I went to his house to do the shoot by his

swimming pool.  I get there, not really knowing what to expect, and he invites me in and makes chowder for me.  That told me a lot about Dave Cowens.


**CELTIC-NATION**
The Celtics were world champions again in 1974, defeating the Milwaukee Bucks in seven games.  As a photographer, do you have a favorite memory from that series?

**DICK RAPHAEL**
It would have to be the Game 7 in Milwaukee when the Celtics clinched the series and won the championship. The Bucks were exhausted coming into that game, and the Celtics just keep running against them.  The day before that game, John Havlicek and Paul Silas took a bunch of us out to dinner.  It was something that I'll never forget.


**CELTIC-NATION**
You have had the pleasure of photographing Bill Walton as an opponent, and as a member of the Boston Celtics.  Please tell me a little about Bill Walton.

**DICK RAPHAEL**
I have pictures of Bill as a Portland Trail Blazer, and it's always interesting to look back at them.  He wore the headband, and he had the long hair and ponytail.  He was a free spirit.  He was one of the greatest centers to ever play the game – fundamentally, he may have been the best ever.  He was a great passer, and he also had the reputation of being the consummate teammate.  It was later in his career when he came to Boston – he'd been through all those foot injuries, and most of the experts thought he was washed up.  He didn't try to rock the boat; he made sure that Robert Parish understood who the starter was, and he worked really hard to build a chemistry with all the players.  He and Larry [Bird] clicked immediately.  Both of them were so basketball smart, and both of them had great instincts for the game.  It helped make the '86 Celtics one of the best teams ever.


**CELTIC-NATION**
1976 brought another championship banner to Boston, the team's 13th.  Were you there for that memorable triple-overtime Finals battle against the Phoenix Suns?

**DICK RAPHAEL**
I remember the heat – it was unbearable.  It was so hot the strobes were going off in the rafters.  I was able to get a photograph of Havlicek's famous shot, even though the heat was causing all kinds of problems with the lighting and the equipment.


Continue to Page 4   -   Return to Previous Page

⌃ Top


**Michael D. McClellan can be reached at:  mmcclellan@celtic-nation.com**

About Celtic Nation | Membership | Free Newsletter | Contact Us | Chat | Privacy Policy | Free Stuff    team green

© 2004 Celtic Nation.  Celtic Nation.com is in no way affiliated with the Boston Celtics or the National Basketball Association.  Terms of Use
Selected photographs courtesy of Steve Lipofsky, BasketballPhoto.com, and remain property of Lipofsky Photography.



# CAMERA READY - page 4

## The Dick Raphael Interview

**By: Michael D. McClellan** | Wednesday, March 30th 2005

**CELTIC-NATION**
On April 9th, 1978, John Havlicek played his last game as a Boston Celtic. The team honored him on October 13th of the following season, raising his "Number 17" to the rafters. Please tell me about Mr. Havlicek, and also about these two memorable dates in team history.

**DICK RAPHAEL**
I was pretty close to John Havlicek. He's quite a gentleman, and someone who carries himself with a great deal of class. I remember his last game – it was an emotional scene from the start, with the crowd showing it's appreciation for everything he'd done as a Boston Celtic. He acknowledged the cheers by bowing to all four sections of the Garden. It was a special moment.

As a player, John was constant motion. He never seemed to tire, and he never seemed to break a sweat. He was a phenomenal athlete who had an incredible lung capacity. He also had a very low resting heart rate. Those were the things that allowed him to outrun his opponent. He'd wear them down with constant movement, and by the end of the night he was as fresh as he was in the first quarter.

**CELTIC-NATION**
Your work has appeared on the cover of Sports Illustrated, and has been featured in every major sports publication. If you had to select one photograph from the 1960s and 1970s that bests captures the essence of the Boston Celtics during those periods, which would they be?

**DICK RAPHAEL**
From the '60s it would have to be the shot of Russell and Chamberlain, the one where Russell is deflecting Wilt's shot. I wouldn't really have one from the '70s.

**CELTIC-NATION**
Larry Bird's arrival in Boston transformed an organization and helped revitalize the entire league. What was it like to photograph Larry, and what is your favorite Larry Bird Moment?

**DICK RAPHAEL**

I remember the day they drafted him, and to me that was one of the things that has always stood out. And when he came to Boston I was one of the first guys to meet him – the press had made him out to be a country bumpkin, but anyone who has met Larry Bird knows that isn't the case. He may not have been city savvy. He may have come from a small town in Indiana. But Larry Bird was a smart, wonderful guy who was a pleasure to be around. Very down-to-earth. He's still the same; even today we kid each other and have great conversations.

**CELTIC-NATION**
Robert Parish and Kevin McHale arrived a year later, creating the Big Three and catapulting the Celtics to the 1981 NBA championship. Do you have any memories of that Eastern Conference Finals series against the Philadelphia 76ers.

**DICK RAPHAEL**
I vaguely remember that series – the Celtics were down 3-1 and came back to win. Every game was close. It was a bitter rivalry, but it was a very well-played series – I think the teams respected each other, which wasn't the case with the Celtics-Pistons battles a few years later.

**CELTIC-NATION**
From the standpoint of media attention and public interest, the 1984 NBA Finals has no rivals. L.A. versus Boston, Magic versus Bird. What was it like covering that classic series?

**DICK RAPHAEL**
Another intense series. Gerald Henderson stealing the ball and possibly the series. The Celtics getting blown out of Game 3 in Los Angeles. Bird challenging his teammates in the newspapers, which was very out-of-character for him. McHale pushing Rambis the next game. Bird jawing with Kareem [Abdul-Jabbar]. It was a great, great series.

**CELTIC-NATION**
Please take me back to that classic shootout between Bird and Dominique Wilkens during the 1988 NBA Playoffs.

**DICK RAPHAEL**
Both guys were so focused on trying to outdo the other. I have a great picture of Bird shooting over Wilkins – it's one of the bestsellers on my web site.

**CELTIC-NATION**
Lenny Bias and Reggie Lewis – please share your thoughts on these two tragedies, and the impact each had on the Boston Celtics organization.

**DICK RAPHAEL**
I was in complete shock when I heard the news for Len's death. I had an office that attached to the Boston Garden, and the Celtics' offices were above. [Celtic Media Services VP] Jeff Twiss rang a bell – he was the first person to tell me what had happened. I couldn't believe it – didn't want to believe it.

Reggie was a super guy, as nice as anyone you'd ever meet. I was at the Comedy

Connection watching Andrew Dice Clay when I found out that Reggie had passed away. Jeff called about halfway through the show. I was stunned. It was a great loss for everyone involved – Reggie's family, the Boston Celtics, the community.

**CELTIC-NATION**
Photography has changed dramatically since you first started, with digital photography being perhaps the biggest change. Do you shoot digitally, and if so, how has it made a difference in the way you approach a shot?

**DICK RAPHAEL**
No, not really – I don't have a digital camera, because I really haven't shot that much since I retired. I still go to the Super Bowl, but that's the only major shoot that I do now.

**CELTIC-NATION**
Of the thousands of Celtics-related photographs you taken over the years, do you have one in particular that could be considered the quintessential Dick Raphael photograph?

**DICK RAPHAEL**
The photo of Russell and Wilt.

**CELTIC-NATION**
Final Question: You've achieved great success in your life. You are universally respected and admired by many people, both inside and outside of the NBA. If you could offer one piece of advice on life to others, what would that be?

**DICK RAPHAEL**
Be honest with people. Always tell the truth.

Return to Previous Page

⌃ Top

**Michael D. McClellan can be reached at: mmcclellan@celtic-nation.com**

About Celtic Nation | Membership | Free Newsletter | Contact Us | Chat | Privacy Policy | Free Stuff      teamgreen

© 2004 Celtic Nation. Celtic Nation.com is in no way affiliated with the Boston Celtics or the National Basketball Association. Terms of Use
Selected photographs courtesy of Steve Lipofsky, BasketballPhoto.com, and remain property of Lipofsky Photography.



**Everything Michigan**

## Green has seen Super Bowl come a long way

Sunday, December 25, 2005

**By Tom Kowalski**

ALLEN PARK -- Jerry Green remembers covering the very first Super Bowl in January of 1967 at the Los Angeles Memorial Coliseum between the Green Bay Packers and Kansas City Chiefs.

"I remember wondering if the Lions would ever play in it," said Green who, after a pregnant pause, added, "No, I'm just kidding."

Green, the long-time columnist for the Detroit News, is one of only five writers in the nation who has covered all 39 Super Bowls. And he plans to attend the 40th at Ford Field in Detroit on Feb. 5.

What Green really remembers about that first Super Bowl is how easily media members mingled with players and coaches. The game wasn't sold out and wasn't nearly the national phenomenon it is today.

The Super Bowl began as a season-ending clash between the champions of the superior National Football League and the upstart American Football League. In that first Super Bowl, the Vince Lombardi-coached Packers smoked the Chiefs 35-10.

"I remember standing next to Lombardi after the game and he was flipping a football in his hands," Green said. "Lombardi looked at the ball and said, `This is an NFL football. It runs better and it catches better (than the AFL version).' "

Today, thousands of media members interview the Super Bowl combatants in well-organized and strictly orchestrated press conferences during the week prior to the game. Back in the beginning, Green and other reporters would talk to players and coaches in their hotel rooms. If they needed a quote or some information, they'd just stop by, knock on the door and ask.

Green said the closest he's come to missing a Super Bowl was the second one, held at the Orange Bowl in Miami, because there was a newspaper strike in Detroit at the time.

"I opted to go on my own. I managed to hook up for a couple of low-paying magazine articles," Green said. "There were a couple of other times I had to go on my own because the editor at the News decided not to send me."

Green has been retired for a little more than a year now, but he still has an arrangement with the News to cover the Super Bowl on a freelance basis.

"My feeling is that I should keep going as long as I can -- I think all five of us do," said the 77-year-old Green. "We all agree that each of us doesn't want to see somebody drop out."

The other four writers to cover all the Super Bowls are Jerry Izenberg and Dave Klein of the Newark Star-Ledger, Bob Oates of the Los Angeles Times and Edwin Pope of the Miami Herald. There are also six photographers who have attended every Super Bowl: John Biever, Tony Tomsic and Walter Iooss of Sports Illustrated, Mickey Palmer and Dick Raphael of NFL Photos, and documentary film producer Steve Sabol.

Green said there isn't any desire among the reporters to outlast the others.

"The last guy standing? There would be some prestige, some selfish prestige, but that's not my feeling,"

Green said. "We're pretty close; it's not a competition."

Green said the reporters are not hanging on long after they're effective just to maintain the streak. "With a writer, it's different," Green said, "as long as they don't develop senility."

That could eventually become a problem if Green and the other reporters plan on waiting for the Lions to reach the Super Bowl.

©2006 Booth Newspapers

© 2006 Michigan Live. All Rights Reserved.



## Boston Sports Gallery

About Us - Contact - FAQ

Home

*Vintage Photos from the Golden Era of Boston Sports*

### About Dick Raphael

"In addition to basketball, Raphael has photographed the Boston Red Sox during the Impossible Dream in 1967, the New England Patriots since their inception in the American Football League, the Boston Marathon, and the Boston Bruins during their Stanley Cup run of the 1970s. Raphael is one of few photographers to have photographed every Super Bowl. He also has the world's greatest collection of Bill Russell and Wilt Chamberlain images. **He is the dean of Boston sports photographers and one of the premier photographers in the United States."**

- Excerpt from Naismith Memorial Basketball Hall of Fame Press Release: Basketball Hall of Fame Opens New Photo Exhibit: "Classics Caught On Film:" The Photos of Dick Raphael, March 7, 2001

During his career, Dick Raphael was the official photographer for the Boston Celtics for over 35 years and New England Patriots for over ten. He has also worked with NBA Photos, NFL Properties and Major League Baseball. His photographs have appeared in Sports Illustrated (having produced nine covers), The Sporting News, Time, Life, and Newsweek, on ESPN Sports Century, and in virtually every major sports publication.

Raphael is one of only four photographers featured in the Naismith Memorial Basketball Hall of Fame. There are well over one hundred of his photographs displayed throughout the museum, including:

- Enshrinement profile photographs: Bailey Howell, Bob Lainer, Wes Unseld, Tom Heinsohn, Billy Cunningham, Nate Thurmand, John Havlicek, Willis Reed, Wilt Chamberlain, Bill Russell, and Red Auerbach
- Epic battles between Bill Russell and Wilt Chamberlain during the 1960s
- John Havlicek during his last game at the Boston Garden in 1978
- Dave Cowens vs. Bill Walton during the 1970s
- Larry Bird and Dominique Wilkens shootout during the 1988 playoffs

### sort by

basketball
baseball
football
hockey
other

### collections

larry bird
bill russell
bobby orr

**coming soon**
new photos
collections

## About Us

Welcome to our newly redesigned online home! The Boston Sports Gallery celebrates over 40 years of Boston history through the eyes of professional sports photographer Dick Raphael.

We are a leading provider of authentic sports photos. These vintage prints capture amazing moments-in-time and will help you relive the glory years. All of our prints are handmade from the original negatives and are of the highest quality. You will notice a difference.



Home

Shopping Cart

© 2003 Boston Sports Gallery

The financial world can be dizzying.        ING

NFL.com

N F L   I N T E R N E T   N E T W O

DETROIT 02.05.06
NATIONAL FOOTBALL LEAGUE    POWERED BY cbs Sportsline.com.    Presented by die PEP

SUPER BOWL XL

THE ROAD TO FORTY

Home | Scoreboard | News | Fantasy | History | NFL Shop | NFL Network | Field Pass | Join the Team



THE OFFICIAL SOFT DRINK OF THE NFL



**NFL.com**
**Future Sites**
**Super Bowl Video**
**Entertainment**
**NFL Experience**
**Community**
**Playoff Challenge**
**Contests**
**Auctions**
**Sirius NFL Radio**
**NFLPlayers.com**





- NFL Network to televise regular-season games
- Saints hire Vitt, two other assistants | Draft order
- Seattle WR Jackson returns to practice

# Super Bowl Recaps

## Super Bowl XXXV
## Baltimore 34, N.Y. Giants 7

**Raymond James Stadium**
**Tampa, Florida**
**January 28, 2001**
**Attendance: 71,921**
**MVP: Ray Lewis, LB, Baltimore**



■Video Highlights

Super Bowl XXXV Boxscore | Super Bowl XXXV Ticket and Ring



**Brandon Stokley offers a salute after his 38-yard TD catch in the first quarter.**(AP)

The Ravens' defense completed a dominating season by permitting just 152 yards, forcing 5 turnovers, recording 4 sacks, and not allowing an offensive touchdown en route to the franchise's first Super Bowl victory.

Jermaine Lewis's punt return into Giants' territory midway through the first quarter was followed two plays later by Trent Dilfer's 38-yard touchdown pass to Brandon Stokley, which gave the Ravens a 7-0 lead.

Early in the second quarter, Jessie Armstead intercepted a short pass by Dilfer and returned it 43 yards for a touchdown, but the play was nullified by a penalty. Dilfer's 36-yard pass to Qadry Ismail in the second quarter set up Matt Stover's 47-yard field goal with 1:48 left in the half.

Tiki Barber's 27-yard run gave the Giants their deepest penetration of the game, to the Ravens' 29, but Chris McAlister intercepted Kerry Collins's



Judge: Out with old, in
with new, and
Seahawks' D good as
gold

Prisco's notebook:
There's always room for
-- draft talk

Judge: If Alexander gets
mega-deal, it's
Seahawks who should
offer it







pass on the next play to preserve a 10-0 lead.

In the third quarter, Duane Starks stepped in front of Amani Toomer and intercepted Collins's pass. Starks returned it 49 yards untouched for a 17-0 lead.

The Giants immediately cut the lead to 10 points when Ron Dixon returned the ensuing kickoff 97 yards for a touchdown. However, Jermaine Lewis then matched Dixon's kickoff return as he cut across the field and raced 84 yards for a 24-7 lead with 3:13 left in the third quarter. The 3 touchdowns in 36 seconds were a Super Bowl record.

The Giants gained just 1 first down on their final four possessions. Jamal Lewis's 3-yard touchdown run midway through the fourth quarter game Baltimore a 31-7 lead, and Robert Bailey recovered Dixon's fumble on the ensuing kickoff return to set up Stover's 34-yard field goal with 5:27 remaining to finish the scoring.

Dilfer completed 12 of 25 passes for 153 yards and 1 touchdown. Jamal Lewis had 27 carries for 102 yards. Collins was 15 of 39 for 112 yards, with 4 interceptions. Ray Lewis was named Super Bowl most valuable player.

**Home** | **NFL.com** | **Contact us** | **Privacy Policy**

© 2006, NFL Enterprises LLC. NFL and the NFL shield design are registered trademarks of the Na
League. The team names, logos and uniform designs are registered trademarks of the teams ind
portion of this site may be reproduced without the express written permission of NFL Enterprises
SportsLine.com. NFL Enterprises and SportsLine.com take no responsibility for third-party mater
any bulletin board or chat sections of this site. All rights reserved.



DETROIT 02.05.06
NATIONAL FOOTBALL LEAGUE    POWERED BY cbs SportsLine.com.    Presented by

SUPER BOWL XL
THE ROAD TO FORTY

Home | Scoreboard | News | Fantasy | History | NFL Shop | NFL Network | Field Pass | Join the Team





NFL.com
Future Sites
**Super Bowl Video**
Entertainment
NFL Experience
Community
Playoff Challenge
Contests
Auctions
Sirius NFL Radio
NFLPlayers.com





· NFL Network to televise regular-season games

· Saints hire Vitt, two other assistants | Draft order

· Seattle WR Jackson returns to practice

## Super Bowl Recaps

### Super Bowl XXXVI
### New England 20, St. Louis 17

**Louisiana Superdome**
**New Orleans, Louisiana**
**February 3, 2002**
**Attendance: 72,922**
**MVP:** Tom Brady, **QB, New England**



**▶Video Highlights**

**Super Bowl XXXVI Boxscore | Super Bowl XXXVI Ticket and Ring**



**Kicker Adam Vinatieri jumps for joy after bringing home the Super Bowl for the Patriots.**(AP)

Adam Vinatieri's 48-yard field goal as time expired gave the New England Patriots their first Super Bowl title.

The Rams outgained the Patriots 427-267 in total yards, but the Patriots forced three turnovers, which resulted in 17 points, while committing no turnovers.

Jeff Wilkins' 50-yard field goal capped a 10-play, 48-yard drive midway through the first quarter to give the Rams a 3-0 lead. The first turnover came with 8:49 left in the second quarter, when Ty Law stepped in front of an out-pattern pass intended for Isaac Bruce and raced 47 yards untouched down the left sideline into the end zone.

Late in the first half, Kurt Warner completed a 15-yard pass to Ricky Proehl to the Patriots' 40, but Antwan Harris forced Proehl to fumble and Terrell Buckley recovered. Five plays later, Tom Brady's 8-yard touchdown pass to David Patten with 21 seconds left in the quarter gave New England a 14-3







Judge: Out with old, in with new, and Seahawks' D good as gold

Prisco's notebook: There's always room for -- draft talk

Judge: If Alexander gets mega-deal, it's Seahawks who should offer it







halftime lead.

Late in the third quarter, Torry Holt slipped coming off the line of scrimmage, and Otis Smith intercepted Warner's pass and returned it 30 yards to the Rams' 33 to set up Vinatieri's 37-yard field goal and a 17-3 lead.

The Rams responded by driving to the Patriots' 3. On fourth-and-goal, Warner scrambled, was tackled by Roman Phifer, and fumbled. Tebucky Jones picked up the ball and raced the length of the field for an apparent touchdown, but the play was negated by Willie McGinest's holding penalty.

Warner scored two plays later to trim the deficit to 17-10 with 9:31 left. The Patriots went three-and-out on their next two possessions, giving the Rams the ball on their 45-yard-line with 1:51 left.

Warner completed an 18-yard pass to Az-Zahir Hakim and an 11-yard pass to Yo Murphy before connecting on a 26-yard touchdown pass to Proehl with 1:30 left to tie the game.

Operating without any timeouts, Brady completed three short passes to J.R. Redmond to reach the Patriots' 41 with 33 seconds left. After an imcompletion, Brady completed 23- and 16-yard passes to Troy Brown and Jermaine Wiggins, respectively, to reach the Rams' 30, and then spiked the ball with seven seconds remaining.

Vinatieri drilled the 48-yard field-goal attempt, marking the first time in Super Bowl history the game had been won on the final play.

Brady, who earned Most Valuable Player honors, was 16 of 27 for 145 yards and one touchdown. Warner was 28 of 44 for 365 yards and one touchdown, with two interceptions.

**Home | NFL.com | Contact us | Privacy Policy**



© 2006, NFL Enterprises LLC. NFL and the NFL shield design are registered trademarks of the Na League. The team names, logos and uniform designs are registered trademarks of the teams ind portion of this site may be reproduced without the express written permission of NFL Enterprises SportsLine.com. NFL Enterprises and SportsLine.com take no responsibility for third-party mater any bulletin board or chat sections of this site. All rights reserved.





# Super Bowl Recaps

## Super Bowl XXXVII
## Tampa Bay 48, Oakland 21



**Qualcomm Stadium**
**San Diego, California**
**January 26, 2003**
**Attendance: 67,603**
**MVP:** Dexter Jackson, FS, Tampa Bay

 

**Video Highlights**

NFL.com
Future Sites
Super Bowl Video
Entertainment
NFL Experience
Community
Playoff Challenge
Contests
Auctions
Sirius NFL Radio
NFLPlayers.com





· NFL Network to
televise regular-season
games

· Saints hire Vitt, two
other assistants | Draft
order

· Seattle WR Jackson
returns to practice

**Super Bowl XXXVII Boxscore | Super Bowl XXXVII Ticket and Ring**



**Jon Gruden celebrates as his Buccaneers wrap up a Super Bowl title in his first season in Tampa Bay.** (AP)

The Buccaneers' defense intercepted five passes, three of which were returned for touchdowns, and recorded five sacks as Tampa Bay scored 34 unanswered points en route to its first Super Bowl victory.

Charles Woodson intercepted Brad Johnson three plays into the game to give Oakland the ball at the Buccaneers' 36. But Simeon Rice sacked Rich Gannon on third down to force the Raiders to settle for Sebastian Janikowski's 40-yard field goal.

On their next nine possessions, the Raiders registered just two first downs and did not run a play inside the Buccaneers' 40 as Tampa Bay scored the next 34 points. The Buccaneers answered Janikowski's field goal with Martin Gramatica's 31-yard boot to tie the game.

An interception by Dexter Jackson set up Gramatica's go-ahead field goal early in the second quarter. Midway through the second quarter, a 25-yard punt return by Karl Williams and a 19-yard run by Michael Pittman led to





Judge: Out with old, in with new, and Seahawks' D good as gold

Prisco's notebook: There's always room for -- draft talk

Judge: If Alexander gets mega-deal, it's Seahawks who should offer it







Mike Alstott's 2-yard touchdown run.

Late in the half, the Buccaneers drove 77 yards, aided by three defensive penalties and pass receptions of 16 and 12 yards by Alstott, to set up Brad Johnson's 5-yard touchdown pass to Keenan McCardell with 30 seconds left in the half, which gave Tampa Bay a 20-3 lead.

With their first possession of the second half, the Buccaneers put together a 14-play, 89-yard drive that consumed 7:52 and was culminated by Johnson's 8-yard scoring toss to McCardell. Two plays later, Dwight Smith intercepted Gannon's pass and returned it 44 yards for a touchdown and a 34-3 lead with 4:47 left in the third quarter. Tampa Bay scored four touchdowns in a span of 16:37.

Jerry Porter's 39-yard touchdown catch in the back of the end zone made it 34-9. Less than three minutes later, Tim Johnson blocked Tom Tupa's punt. Eric Johnson caught the ball and dove into the end zone for a touchdown to cut the deficit to 34-15 with 14:16 remaining.

The Buccaneers drove deep downfield again, but Tupa mishandled the snap for a field-goal attempt, allowing the Raiders to regain possession. Gannon hit Jerry Rice with a 48-yard touchdown pass with 6:06 left to trim the lead to 34-21.

A 9-yard pass by Johnson to Alstott on third-and-7 allowed Tampa Bay to take another two minutes off the clock before Tupa punted with 2:44 remaining.

On third-and-18 from the Raiders' 29, Derrick Brooks intercepted Gannon's pass and raced 44 yards down the left sideline for a touchdown with 1:18 remaining to give Tampa Bay a commanding 41-21 lead. Smith intercepted a tipped pass and returned it 50 yards for a touchdown with two seconds left to finish the scoring.

Johnson was 18 of 34 for 215 yards and two touchdowns, with one interception. Pittman had 29 carries for 124 yards. Gannon was 24 of 44 for 272 yards and two touchdowns, with a Super Bowl record five interceptions.

Jackson, who had the first two interceptions, one of which led to the go-ahead field goal, was named the game's most valuable player.

**Home | NFL.com | Contact us | Privacy Policy**



© 2006, NFL Enterprises LLC. NFL and the NFL shield design are registered trademarks of the Na League. The team names, logos and uniform designs are registered trademarks of the teams ind portion of this site may be reproduced without the express written permission of NFL Enterprises SportsLine.com. NFL Enterprises and SportsLine.com take no responsibility for third-party mater any bulletin board or chat sections of this site. All rights reserved.



HOW DOES IT FEEL TO STOP A LASER BEAM

**N F L   I N T E R N E T   N E T W O**

DETROIT 02.05.06
NATIONAL FOOTBALL LEAGUE    POWERED BY cbs SportsLine.com    Presented by diet PEP

SUPER BOWL XL
THE ROAD TO FORTY

Home | Scoreboard | News | Fantasy | History | NFL Shop | NFL Network | Field Pass | Join the Team

## Super Bowl Recaps



diet PEPSI
THE OFFICIAL SOFT
DRINK OF THE NFL



NFL.com

Future Sites

Super Bowl Video

Entertainment

NFL Experience

Community

Playoff Challenge

Contests

Auctions

Sirius NFL Radio

NFLPlayers.com

PRE-ORDER NOW!



NFL HEADLINES
.com



- NFL Network to televise regular-season games
- Saints hire Vitt, two other assistants | Draft order
- Seattle WR Jackson returns to practice

### Super Bowl XXXVIII
### New England 32, Carolina 29

Reliant Stadium
Houston, Texas
February 1, 2004
Attendance: 71,525
MVP: Tom Brady, QB, New England



SUPER
XXXVIII
BOWL

FEBRUARY 1, 2004
HOUSTON

▶Video Highlights



**Super Bowl XXXVIII Boxscore | Super Bowl XXXVIII Ticket and Ring**



At age 26, Tom Brady is a two-time Super Bowl MVP.

Adam Vinatieri kicked a 41-yard field goal with four seconds remaining as the Patriots won their second Super Bowl in three seasons. While it took a Super-Bowl record 26 minutes and 55 seconds for the first points to be scored, the teams combined for 868 yards (481 by New England) and the game also featured the highest scoring quarter (combined 37 points in the fourth).

Vinatieri missed a 31-yard field goal on the Patriots' first possession, and had a 36-yard attempt blocked by Shane Burton with 6:00 left in the second quarter. But three plays later, Mike Vrabel sacked Jake Delhomme and forced him to fumble. Richard Seymour recovered at the Panthers' 20, and a 12-yard scramble by Tom Brady on third-and-7 set up his 5-yard touchdown pass to Deion Branch with 3:05 left in the first half.

The Panthers responded with an 8-play, 95-yard drive capped by



THE A

CAD

ESC



Judge: Out with old, in
with new, and
Seahawks' D good as
gold

Prisco's notebook:
There's always room for
-- draft talk

Judge: If Alexander gets
mega-deal, it's
Seahawks who should
offer it







Delhomme's 39-yard perfectly placed touchdown pass to Steve Smith with
1:07 left in the half. Delhomme beat the blitz by lofting the pass deep
down the left sideline.

Brady's 52-yard pass to Branch with 37 seconds left in the half set up
David Givens' 5-yard touchdown catch with 18 seconds left. New England
squibbed the ensuing kickoff and Kris Mangum returned it 12 yards to the
Panthers' 47. A 21-yard run by Stephen Davis set up John Kasay's 50-yard
field goal as the half expired for a 14-10 New England lead.

Neither team scored in the third quarter, but Antowain Smith's 2-yard
touchdown run two plays into the final quarter capped a 71-yard drive and
gave the Patriots a 21-10 lead.

Undaunted, Carolina scored on its next two possessions.

First, Delhomme completed passes of 18 and 22 yards to Smith to set up
DeShaun Foster's 33-yard touchdown run to cut the deficit to 21-16 with
12:39 to play. Carolina went for the 2-point conversion, but Delhomme's
pass was incomplete.

New England marched to the Panthers' 9 with the ensuing kickoff, but
Reggie Howard intercepted Brady's third-and-goal pass in the end zone.
Two plays later, Delhomme rolled left and fired a Super-Bowl record 85-
yard touchdown pass to Muhammad for a 22-21 lead with 6:53 left. Once
again, the Panthers went for 2 points and Delhomme's pass was
incomplete.

New England drove 68 yards on its next possession, with Givens catching a
25-yard pass and 18-yard pass on third-and-9, to set up Brady's 1-yard
touchdown pass to Vrabel, who was lined up as a tight end. A direct snap
to Kevin Faulk resulted in a 2-point conversion for a 29-22 lead with 2:51
left.

Delhomme completed passes of 19 yards to Muhammad and 31 yards to
Ricky Proehl before finding Proehl from 12 yards with the tying touchdown
with 1:08 remaining.

Kasay's ensuing kickoff went out of bounds, giving New England the ball at
their own 40. Five plays later, faced with third-and-3 from the Panthers' 40
with 14 seconds left, Brady fired a 17-yard pass to Branch to set up
Vinatieri's Super Bowl-winning 41-yard field goal.

Brady, who was named the Super Bowl most valuable player for the second
time in his career, was 32 of 48 for 354 yards and 3 touchdowns with 1
interception. Branch had 10 receptions for 143 yards. Delhomme was 16 of
33 for 323 yards and 3 touchdowns, and Muhammad had 4 catches for 140
yards.

**Home | NFL.com | Contact us | Privacy Policy**



© 2006, NFL Enterprises LLC. NFL and the NFL shield design are registered trademarks of the Na
League. The team names, logos and uniform designs are registered trademarks of the teams ind
portion of this site may be reproduced without the express written permission of NFL Enterprises
SportsLine.com. NFL Enterprises and SportsLine.com take no responsibility for third-party mater
any bulletin board or chat sections of this site. All rights reserved.



The financial world can be dizzying.
We can make it easier.    ING    Your future

Home | Scoreboard | News | Fantasy | History | NFL Shop | NFL Network | Field Pass | Join the Team



## Super Bowl Recaps

### Super Bowl XXXIX
### New England 24, Philadelphia 21



**Alltel Stadium**
**Jacksonville, Florida**
**February 6, 2005**
**Attendance: 78,125**
**MVP:** Deion Branch, WR, New England



**NFL.com**
**Future Sites**
**Super Bowl Video**
**Entertainment**
**NFL Experience**
**Community**
**Playoff Challenge**
**Contests**
**Auctions**
**Sirius NFL Radio**
**NFLPlayers.com**



**HEADLINES**



· NFL Network to
televise regular-season
games

· Saints hire Vitt, two
other assistants | Draft
order

· Seattle WR Jackson
returns to practice


**Video Highlights**

**Super Bowl XXXIX Boxscore | Super Bowl XXXIX Ticket and Ring**



Deion Branch had 11 receptions for 133 yards and the Patriots' defense forced four turnovers en route to becoming the eighth team to post consecutive Super Bowl titles. The Patriots matched the Dallas Cowboys (XXVII, XXVIII, and XXX) as the only teams with three Super Bowl victories in the span of four seasons.

The Eagles threatened first, driving to the Patriots' 8 late in the first quarter. On first down, Mike Vrabel sacked Donovan McNabb for a 16-yard loss and, after a penalty overturned an interception, Rodney Harrison stepped in front of a pass for an interception at the Patriots' 4.

**Tom Brady's passing and Corey Dillon's running helped New England win its third Super Bowl.**

Early in the second quarter the Eagles drove 81 yards, keyed by Todd Pinkston's 40-yard catch, and capped by McNabb's 6-yard touchdown pass to L.J. Smith on third-and-goal for a 7-0 lead.

The Patriots responded by driving to the Eagles' 4, but Tom Brady fumbled



Judge: Out with old, in with new, and Seahawks' D good as gold

Prisco's notebook: There's always room for -- draft talk

Judge: If Alexander gets mega-deal, it's Seahawks who should offer it







on a fake handoff attempt and Darwin Walker recovered. Later in the quarter, a 29-yard punt by Dirk Johnson allowed the Patriots to drive just 37 yards, keyed by Branch's 7-yard catch on third-and-3, and capped by Brady's pass to David Givens on the right side of the end zone to tie the game with 1:10 left in the half.

New England began the second half with a 9-play, 69-yard drive, including four receptions, two on third down, by Branch, and capped by Vrabel's 2-yard catch.

The Eagles put together a 10-play, 74-yard drive later in the third quarter, keyed by Brian Westbrook's 4-yard catch on third-and-3, and followed on the next play by his 10-yard touchdown catch to tie the game.

On the ensuing drive, Kevin Faulk caught screen passes of 13 and 14 yards, and had a 12-yard run, and Corey Dillon capped the possession with a 2-yard run with 13:44 remaining for a 21-14 lead.

The Patriots' defense forced a three-and-out, and Branch's 19-yard catch set up Adam Vinatieri's 22-yard field goal with 8:40 to play. Tedy Bruschi intercepted McNabb's pass at the Patriots' 24 with 7:20 remaining.

The Eagles forced a punt, and beginning at their own 21 with 5:40 to play, needed 13 plays to drive 79 yards, capped by McNabb's 30-yard touchdown pass on a post-pattern to Greg Lewis with 1:48 to play.

Christian Fauria recovered the onside kick, but the Eagles' defense forced a punt. Dexter Reid downed Josh Miller's 32-yard punt at the Eagles' 4 with 46 seconds left, and Harrison intercepted McNabb's pass three plays later to clinch the title.

Brady was 23 of 33 for 236 yards and two touchdowns. Branch earned MVP honors with his Super Bowl-record-tying 11 catches.

McNabb was 30 of 51 for 357 yards and three touchdowns, with three interceptions. Terrell Owens had nine receptions for 122 yards.



**Home | NFL.com | Contact us | Privacy Policy**



© 2006, NFL Enterprises LLC. NFL and the NFL shield design are registered trademarks of the Na League. The team names, logos and uniform designs are registered trademarks of the teams ind portion of this site may be reproduced without the express written permission of NFL Enterprises SportsLine.com. NFL Enterprises and SportsLine.com take no responsibility for third-party mater any bulletin board or chat sections of this site. All rights reserved.



The financial world can be dizzying.
We can make it easier.                    ING
Your future

DETROIT 02.05.06
NATIONAL FOOTBALL LEAGUE    POWERED BY cbs SportsLine.com.    Presented by diet PEP

SUPER BOWL XL

THE ROAD TO FORTY

Home | Scoreboard | News | Fantasy | History | NFL Shop | NFL Network | Field Pass | Join the Team

## Features

## Detroit will host Super Bowl XL

**SITE:** Ford Field - Detroit, Michigan
**DATE:** February 5, 2006





**NFL.com**

**Future Sites**

**Super Bowl Video**

**Entertainment**

**NFL Experience**

**Community**

**Playoff Challenge**

**Contests**

**Auctions**

**Sirius NFL Radio**

**NFLPlayers.com**





Metro Detroit is currently in the midst of a $17 billion dollar revitalization. In just under two years the area has added two major museums, a new downtown baseball stadium, a 117-acre mega mall and two casinos. Super Bowl XL will be a big coming out party for a new and exciting Detroit.



**Ford Field - Detroit, Michigan.**

The $300 million Ford Field, which opened in 2002, is carved into the famous Hudson's warehouse and offers a spectacular view of downtown Detroit through its steel, glass and brick structure. The stadium is located in our city's "Foxtown" entertainment district adjacent to Comerica Park, the home of the Detroit Tigers. The 1.3 million square foot facility has 65,000 seats and 113 luxury suites and promises the best sight lines of any NFL stadium.

With over 31,000 hotel rooms in the Detroit metro area, ample indoor space at Cobo Conference/Exhibition Center and the Michigan State Fairgrounds, Detroit will not only exceed expectations but provide first class options for the NFL key events and VIP guests.

Detroit is experienced in handling large-scale events. We have been host to such events as the 1982 Super Bowl XVI at the Pontiac Silverdome, back to back Stanley Cup hockey victories with parades of over one million sports fans, 1994 World Cup Games, and the annual North American Auto Show that welcomes 6,000 international journalists.

Led by Roger Penske, our Detroit Metro Host Committee has promised the largest budget to date of $10 million to support the execution of Super Bowl XL and insure a positive guest experience for the fans, media, and corporate clients.

The
on S

> Live N
> NFL G
  Stats
> NFL G
  Video

Plus, sav
on a Nex
by Moto


Official
Service

PRE-ORDER NOW!

HEADLINES .com

· NFL Network to televise regular-season games

· Saints hire Vitt, two other assistants | Draft order

· Seattle WR Jackson returns to practice



Judge: Out with old, in with new, and Seahawks' D good as gold

Prisco's notebook: There's always room for -- draft talk

Judge: If Alexander gets mega-deal, it's Seahawks who should offer it







**Home | NFL.com | Contact us | Privacy Policy**



© 2006, NFL Enterprises LLC. NFL and the NFL shield design are registered trademarks of the Na League. The team names, logos and uniform designs are registered trademarks of the teams ind portion of this site may be reproduced without the express written permission of NFL Enterprises SportsLine.com. NFL Enterprises and SportsLine.com take no responsibility for third-party mater any bulletin board or chat sections of this site. All rights reserved.



## Private Practice Lawyer Profile for Michael B. Cosentino

**Michael B. Cosentino**
Member
Seegel, Lipshutz & Wilchins, P.C.
Wellesley Office Park, 20 William Street, Suite 130
Wellesley, Massachusetts 02481-4110
(Norfolk Co.)

Telephone: 781-237-4400
Telecopier: 781-235-2333
Email: Send an Email

**Practice Areas:** Commercial Litigation; Business and Securities Litigation; Fidelity; Surety; Employment Law; Communications and Media; Telecommunications Law

**Admitted:** 1991, New York, Massachusetts and U.S. District Court, Southern and Eastern Districts of New York; 1992, U.S. District Court, District of Massachusetts; 1993, U.S. District Court for the District of Columbia

**Law School:** Georgetown University Law Center, J.D., 1990

**College:** Clark University, B.A., 1986

**Member:** Boston (Member, Litigation Section), New York State, Massachusetts and American (Member, Litigation Section; Fidelity and Surety Committee) Bar Associations; District of Columbia Bar.

**Biography:** Editor in Chief, The Georgetown Immigration Law Journal, 1989-1990. Author: "Accepting and Applying the Correct Definition of a Refugee," Vol. 3 Georgetown Immigration Law Journal, 403-423 (1989).

**Born:** Valley Stream, New York, September 10, 1964

**ISLN:** 901511094

**Web Site:** http://www.slwpc.com

LexisNexis Analyzer

**Local Rules of the
United States District Courts for the
Southern and Eastern Districts of New York**

**Effective April 15, 1997**

**Includes Amendments
through April 15, 2005**

**Local Civil Rule 1.3.  Admission to the Bar**

(a)  A member in good standing of the bar of the state of New York, or a member in good standing of the bar of the United States District Court in New Jersey, Connecticut or Vermont and of the bar of the State in which such district court is located, provided such district court by its rule extends a corresponding privilege to members of the bar of this court, may be admitted to practice in this court on compliance with the following provisions:

In the first instance, each applicant for admission is required to file an application for admission in electronic form on the Court's Web site (www.nysd.uscourts.gov). This one application will be utilized both to admit and then to provide the applicant to the bar of this Court with a password and login for use on the court's Electronic Case Filing (ECF) system. The applicant shall adhere to all applicable rules of admission.

The applicant shall (a) complete the application on-line, (b) submit the application electronically, (c) print and sign a copy of the application, and (d) file the printed application and fee with the clerk, together with a certificate(s) of good standing and a supporting affidavit(s).

After submitting the application in electronic form, each applicant for admission shall file with the clerk, at least ten (10) days prior to hearing (unless, for good cause shown, the judge shall shorten the time), the signed paper copy of the verified written petition for admission stating: (1) applicant's residence and office address; (2) the time when, and courts where, admitted; (3) applicant's legal training and experience; (4) whether applicant has ever been held in contempt of court, and, if so, the nature of the contempt and the final disposition thereof; (5) whether applicant has ever been censured, suspended or disbarred by any court, and, if so, the facts and circumstances connected therewith; (6) that applicant has read and is familiar with (a) the provisionS of the Judicial

Code (Title 28, U.S.C.) which pertain to the jurisdiction of, and practice in, the United States District Courts; (b) the Federal Rules of Civil Procedure; (c) the Federal Rules of Criminal Procedure; (d) the Federal Rules of Evidence; (e) the Local Rules of the United States District Court for the Southern and Eastern Districts of New York; and (f) the New York State Lawyer's Code of Professional Responsibility as adopted from time to time by the Appellate Divisions of the State of New York; and (7) that applicant will faithfully adhere to all rules applicable to applicant's conduct in connection with any activities in this court.

The petition shall be accompanied by a certificate of the clerk of the court for each of the states in which the applicant is a member of the bar, which has been issued within thirty (30) days and states that the applicant is a member in good standing of the bar of that state court. The petition shall also be accompanied by an affidavit of an attorney of this court who has known the applicant for at least one year, stating when the affiant was admitted to practice in this court, how long and under what circumstances the attorney has known the applicant, and what the attorney knows of the applicant's character and experience at the bar. Such petition shall be placed at the head of the calendar and, on the call thereof, the attorney whose affidavit accompanied the petition shall personally move the admission of the applicant. If the petition is granted, the applicant shall take the oath of office and sign the roll of attorneys.

A member of the bar of the state of New York, New Jersey, Connecticut, or Vermont who has been admitted to the bar of this court pursuant to this subsection and who thereafter voluntarily resigns from membership in the bar of the state pursuant to which he was admitted to the bar of this court, and who does not within 30 days of that voluntary resignation file an affidavit with the clerk of this court indicating that such person remains eligible to be admitted to the bar of this court

pursuant to other provisions of this subsection (as because he is still a member of the bar of another eligible state and, where applicable, a corresponding district court), shall be deemed to have voluntarily resigned from the bar of this court as of the same date the member resigned from the bar of the underlying state, provided that such resignation shall not be deemed to deprive this court of jurisdiction to impose discipline on this person, pursuant to Rule 1.5 infra, for conduct preceding the date of such resignation.

(b) A member in good standing of the bar of either the Southern or Eastern District of New York may be admitted to the bar of the other district without formal application (1) upon filing in that district a certificate of the Clerk of the United States District Court for the district in which the applicant is a member of the bar, which has been issued within thirty (30) days and states that the applicant is a member in good standing of the bar of that court and (2) upon taking the oath of office, signing the roll of attorneys of that district, and paying the fee required in that district.

(c) A member in good standing of the bar of any state or of any United States District Court may be permitted to argue or try a particular case in whole or in part as counsel or advocate, upon motion and upon filing with the Clerk of the District Court a certificate of the court for each of the states in which the applicant is a member of the bar, which has been issued within thirty (30) days and states that the applicant is a member in good standing of the bar of that state court. Only an attorney who has been so admitted or who is a member of the bar of this court may enter appearances for parties, sign stipulations or receive payments upon judgments, decrees or orders.

(d) If an attorney who is a member of the bar of this court, or who has been authorized to appear in a case in this court, changes his or her residence or office address, the attorney shall

- 4 -

immediately notify the clerk of the court, in addition to serving and filing a notice of change of address in each pending case in which the attorney has appeared.

[Source:  Former Local General Rule 2.]

**Local Civil Rule 1.4.  Withdrawal or Displacement of Attorney of Record**

An attorney who has appeared as attorney of record for a party may be relieved or displaced only by order of the court and may not withdraw from a case without leave of the court granted by order.  Such an order may be granted only upon a showing by affidavit or otherwise of satisfactory reasons for withdrawal or displacement and the posture of the case, including its position, if any, on the calendar.

[Source:  Former Local General Rule 3(c).]