UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD RAPHAEL,<br><br>      Plaintiff,<br>v.<br><br>NBA PROPERTIES, INC.,<br>GETTY IMAGES (US), INC., and<br>PHOTO FILE, INC.<br><br>      Defendants. | Civil Action No. 05-CV-11617-MLW |

**SECOND DECLARATION OF CHARLES ROSENZWEIG IN
SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE**

I, Charles Rosenzweig, hereby declare and state as follows:

1. This declaration is offered in support of the Motion to Transfer Venue by Defendants NBA Properties, Inc. ("NBA Properties"), Getty Images (US), Inc. ("Getty Images"), and Photo File, Inc. ("Photo File") (collectively, "Defendants").

2. This declaration supplements the statements I declared and stated in my first declaration in support of Defendants' Motion to Transfer Venue, which was filed with the Court on December 28, 2005.

3. During the negotiations for the agreement that Richard Raphael and NBA Entertainment entered into on or around October 1, 1995, Mr. Raphael spent the day at NBA Entertainment in Secaucus, New Jersey touring NBA Entertainment's operations, meeting with various staff, and viewing the location where his photographs would be cataloged and housed after their transfer to NBA Entertainment pursuant to the October 1995 Agreement.

4. During such tour, I met with Mr. Raphael, who appeared to be severely overweight.

BOS601089.1

2

Signed under the pains and penalties of perjury this 30th day of January, 2006.

_____
Charles Rosenzweig

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing *Second Declaration of Charles Rosenzweig in Support of Defendants' Motion to Transfer Venue*, which was filed electronically with the Court through the Electronic Case Files system, will be sent electronically to registered counsel of record as identified on the Notice of Electronic Filing ("NEF") and a paper copy will be sent via first class mail on January 30, 2006 to any counsel of record who are not registered on NEF.

                                                                             /s/ Gina M. McCreadie
                                                                               Gina M. McCreadie