March 29, 2006

Dennis O'Leary, Clerk
Suite 5110
U.S. Federal District Court
U. S. Courthouse
One Courthouse Way
Boston, MA  02210

RE:   Raphael v. NBA Properties, Inc., Getty Images (US), Inc., and Photo File, Inc.
      Civil Action No.: 05-11617MLW

Dear Mr. O'Leary:

In follow up of my previous phone calls, we are writing to ask that the Court set a scheduling conference in the above-referenced action.  The Complaint in this action was filed on August 4, 2005 and served on defendants immediately thereafter.  The Court has not yet held a scheduling conference under Local Rule 16.1.  The parties filed their Local Rule 16.1(D) Joint Statement on or around January 9, 2006.

As the plaintiff in this case is 67 years old, we are hoping to move this case along as quickly as the Court's schedule will allow.  Thank you for your assistance with this matter.

Sincerely,

/s/ Molly Cochran

cc:  Gina McCreadie, Esq.

275608.1.3358.7000