UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD RAPHAEL,<br><br>                Plaintiff,<br>v.<br><br>NBA PROPERTIES, INC.,<br>GETTY IMAGES (US), INC., and<br>PHOTO FILE, INC.,<br><br>                Defendants. | Civil Action No. 05-CV-11617-MLW |

## NOTICE OF APPEARANCE

Please enter the appearance of Nicholas G. Papastavros, of Nixon Peabody LLP, 100 Summer Street, Boston, Massachusetts 02110, as an attorney representing Defendants NBA Properties, Inc., Getty Images (US), Inc., and Photo File, Inc. in the above-captioned action.

                                            By:   /s/ Nicholas G. Papastavros
                                                  Nicholas G. Papastavros, BBO No. 635742
                                                  NIXON PEABODY LLP
                                                  100 Summer Street
                                                  Boston, MA  02110
                                                  Tel:  (617) 345-1000
                                                  Fax:  (617) 345-1300

Dated:  May 16, 2006

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 16, 2006.

                                                        /s/ Nicholas G. Papastavros