UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD RAPHAEL, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-CV-11617-MLW |
| v. ) | |
| ) | |
| NBA PROPERTIES, INC., ) | |
| GETTY IMAGES (US), INC., and ) | |
| PHOTO FILE, INC., ) | |
| ) | |
| Defendants. ) | |

**AMENDED LOCAL RULE 16.1(D) JOINT STATEMENT**

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(D), Plaintiff Richard Raphael ("Raphael") and Defendants NBA Properties, Inc., Getty Images (US), Inc., and Photo File, Inc. (collectively, the "Defendants") hereby file the following amended statement:

I.   Agenda of Matters to be Discussed

   A.   Establishing a discovery plan and pretrial schedule.

   B.   Consent to trial by magistrate. None of the parties consent to trial by magistrate judge.

II.  Discovery Matters

   A.   *Automatic Disclosures*

Both parties have already made their automatic disclosures pursuant to Rule 26(a).

   B.   *Discovery Limitations*

The parties agree to follow the Federal Rules of Civil Procedure and the Local Rules. Defendants intend to file a motion requesting leave of Court to serve fifteen (15) additional interrogatories on Plaintiff.

10063358.1

The parties do not anticipate any phasing of discovery in this matter.

C.  *Pretrial Schedule*

Plaintiff and Defendants propose the following deadlines:

Completion of fact discovery:  October 30, 2006

Issuance of Plaintiff's expert report:  December 28, 2006

Issuance of Defendant's expert report:  February 28, 2007

Completion of expert discovery:  April 30, 2007

Dispositive motions filed:  May 31, 2007

Final pretrial conference:  August, 2007 or at the Court's convenience.

Trial:  August, 2007 or at the Court's convenience.

III.  Certification

The parties have separately filed the certifications required under Rule 16.1(D)(3).

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| RICHARD RAPHAEL | NBA PROPERTIES, INC. GETTY IMAGES (US), INC., and PHOTO FILE, INC. |
| By his attorneys, | By their attorneys, |
| /s/ Molly Cochran (*w/ permission*) | /s/ Gina M. McCreadie |
| Jeffrey P. Allen (BBO# 015500) | Nicholas G. Papastavros, BBO No. 635742 |
| Molly Cochran (BBO# 551833) | Mark D. Robins, BBO No. 559933 |
| Seegel, Lipshutz & Wilchins, P.C. | Gina M. McCreadie, BBO No. 661107 |
| 20 William Street, Suite 130 | NIXON PEABODY LLP |
| Wellesley, MA  02481 | 100 Summer Street |
| Tel.  781-237-4400 | Boston, MA  02110 |
| Fax  781-235-2333 | Tel:  (617) 345-1000 |
| | Fax:  (617) 345-1300 |

Dated:  August 10, 2006

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing *Amended Local Rule 16.1(D) Joint Statement*, which was filed electronically with the Court through the Electronic Case Files system, will be sent electronically to registered counsel of record as identified on the Notice of Electronic Filing ("NEF") and a paper copy will be sent via first class mail on August 10, 2006 to any counsel of record who are not registered on NEF.

                                      /s/ Gina M. McCreadie
                                        Gina M. McCreadie