

# NIXON PEABODY LLP
ATTORNEYS AT LAW

100 Summer Street
Boston, Massachusetts 02110-2131
(617) 345-1000
Fax: (617) 345-1300
Direct Dial: (617) 345-6189
E-Mail: gmccreadie@nixonpeabody.com

November 10, 2006

**VIA ELECTRONIC FILING**

The Honorable Mark L. Wolf
Chief Judge
United States District Court
for the District of Massachusetts
John J. Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02110

      RE:    *Richard Raphael v. NBA Properties, Inc., et al.,*
                  Civ. Action. No. 05-11617(MLW)

Dear Judge Wolf:

      Pursuant to the Scheduling Order entered on September 18, 2006 in the above-referenced matter, the parties have discussed the possibility of settlement and are currently planning a mediation of this case to be conducted by a private mediator.

      Thank you for your attention in this matter.

Very truly yours,

*Gina M. McCreadie*

Gina M. McCreadie

cc:    Jeffrey P. Allen, Esq. (*via ECF notification*)
        Molly Cochran, Esq. (*via ECF notification*)
        Mark D. Robins, Esq. (*via ECF notification*)
        Nicholas G. Papastavros, Esq. (*via ECF notification*)

10187230.1

ALBANY, NY • BOSTON, MA • BUFFALO, NY • GARDEN CITY, NY • HARTFORD, CT • LOS ANGELES, CA • MANCHESTER, NH • McLEAN, VA • NEW YORK, NY
ORANGE COUNTY, CA • PALM BEACH GARDENS, FL • PHILADELPHIA, PA • PROVIDENCE, RI • ROCHESTER, NY • SAN FRANCISCO, CA • WASHINGTON, DC