UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| RICHARD RAPHAEL, | ) ) ) |  |
| Plaintiff, | ) ) | Civil Action No. 05-CV-11617-MLW |
| v. | ) ) |  |
| NBA PROPERTIES, INC., GETTY IMAGES (US), INC., and PHOTO FILE, INC., | ) ) ) ) ) |  |
| Defendants. | ) ) |  |

**JOINT MOTION TO EXTEND THE REMAINING
DEADLINES IN THE SCHEDULING ORDER DUE TO MEDIATION**

Defendants NBA Properties, Inc., Getty Images (US), Inc., and Photo File, Inc. (collectively "Defendants") and Plaintiff Richard Raphael hereby jointly move this Court to extend the deadline for the Plaintiff and Counterclaim Plaintiff to designate experts and disclose information described in Fed. R. Civ. P. 26(a)(2) up to and including Monday, March 5, 2007, which is approximately forty-five (45) days from January 18, 2007, the date in which the parties are scheduled to mediate this case before the Honorable Charles B. Swartwood, III (Ret.). The parties further jointly move the Court to extend all remaining deadlines in the Scheduling Order consistent with this proposed deadline. Accordingly, the parties propose the following amended deadlines:

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Plaintiff's and Counterclaim Plaintiff's deadline to designate experts and disclose the information described in Fed. R. Civ. P. 26(a)(2) concerning each expert | December 28, 2007 | March 5, 2007 |

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Each other party's deadline to designate expert(s) and disclose the information described in Fed. R. Civ. P. 26(a)(2) | February 28, 2007 | May 7, 2007 |
| Deadline to complete all discovery | April 30, 2007 | July 9, 2007 |
| Deadline for parties to confer and file a report as to the prospects of settlement and whether either party feels there is a proper basis for filing a motion for summary judgment | May 18, 2007 | July 27, 2007 |
| Scheduling conference | May 23, 2007 at 4:00 PM | August 1, 2007 or at the Court's convenience |
| Final pretrial conference | June 12, 2007 at 4:00 PM | August 21, 2007 or at the Court's convenience |
| Trial commences | June 18, 2007 | August 27, 2007 or at the Court's convenience |

In support of this motion, the parties state that they have been focusing their efforts on mediation since shortly before November 10, 2006, when counsel for Defendants filed a letter with the Court regarding the status and possibility of settlement. The parties further state that the proposed extended deadlines will allow them to continue to focus on and prepare for mediation, which may result in an early resolution of this matter, while at the same time potentially reduce, if not eliminate, the substantial costs associated with expert discovery and preparing for trial.

WHEREFORE, Defendants and Mr. Raphael respectfully request this Court to:

1. Grant the parties' joint motion to extend the deadline for the Plaintiff and Counterclaim Plaintiff to designate experts and disclose the information described in Fed. R. Civ. P. 26(a)(2) and all remaining deadlines in the Scheduling Order as proposed in this motion; and

2. Grant such further relief as is just and appropriate.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| RICHARD RAPHAEL | NBA PROPERTIES, INC. GETTY IMAGES (US), INC., and PHOTO FILE, INC., |
| By his attorneys, | By their attorneys, |
| /s/ Jeffrey P. Allen (*with permission*) Jeffrey P. Allen (BBO# 015500) Molly Cochran (BBO# 551833) Seegel, Lipshutz & Wilchins, P.C. 20 William St., Suite 130 Wellesley, MA  02481 (781) 237-4400 | /s/ Gina M. McCreadie Nicholas G. Papastavros, BBO No. 635742 Mark D. Robins, BBO No. 559933 Gina M. McCreadie, BBO No. 661107 NIXON PEABODY LLP 100 Summer Street Boston, MA  02110 Tel:  (617) 345-1000 Fax:  (617) 345-1300 |

Dated:  December 27, 2006

3

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing *Joint Motion to Extend the Remaining Deadlines in the Scheduling Order Due to Mediation*, which was filed electronically with the Court through the Electronic Case Files system on December 27, 2006, will be sent electronically to registered counsel of record as identified on the Notice of Electronic Filing ("NEF") and a paper copy will be sent via first class mail on December 27, 2006 to any counsel of record who are not registered on NEF.

                                            /s/ Gina M. McCreadie
                                               Gina M. McCreadie