# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RICHARD RAPHAEL, )<br>)<br>               Plaintiff, )<br>v. )<br>)<br>NBA PROPERTIES, INC., )<br>GETTY IMAGES (US), INC., and )<br>PHOTO FILE, INC., )<br>)<br>               Defendants. )<br>) | Civil Action No. 05-CV-11617-MLW |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Richard Raphael and Defendants NBA Properties, Inc., Getty Images (US), Inc., and Photo File, Inc. hereby stipulate to dismiss the above-captioned action, including all claims and counterclaims therein, with prejudice, with all rights of appeal waived, and with each party bearing its own costs and attorneys' fees.

Respectfully submitted,

RICHARD RAPHAEL

By his attorneys,

 /s/ Jeffrey P. Allen (*with permission*)
Jeffrey P. Allen (BBO# 015500)
Molly Cochran (BBO# 551833)
Seegel, Lipshutz & Wilchins, P.C.
20 William Street, Suite 130
Wellesley, MA  02481
Tel.  781-237-4400
Fax  781-235-2333

Respectfully submitted,

NBA PROPERTIES, INC.
GETTY IMAGES (US), INC., and
PHOTO FILE, INC.

By their attorneys,

 /s/ Gina M. McCreadie
Nicholas G. Papastavros, BBO No. 635742
Mark D. Robins, BBO No. 559933
Gina M. McCreadie, BBO No. 661107
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110
Tel:  (617) 345-1000
Fax:  (617) 345-1300

Dated:  February 9, 2007

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing *Joint Stipulation of Dismissal With Prejudice*, which was filed electronically with the Court through the Electronic Case Files system on February 9, 2007, will be sent electronically to registered counsel of record as identified on the Notice of Electronic Filing ("NEF") and a paper copy will be sent via first class mail on February 9, 2007 to any counsel of record who are not registered on NEF.

                                                           /s/ Gina M. McCreadie
                                                              Gina M. McCreadie