February 12, 2007

Dennis O'Leary, Clerk
Suite 5110
U.S. Federal District Court
U. S. Courthouse
One Courthouse Way
Boston, MA  02210

RE:  Raphael v. NBA Properties, Inc., Getty Images (US), Inc., and Photo File, Inc.
     Civil Action No.: 05-11617MLW

Dear Mr. O'Leary:

In accordance with the Court's order to report the outcome of the parties' January 2007 mediation, we are writing to report that the mediation was successful and the parties have settled this matter.  A Stipulation of Dismissal With Prejudice has already been filed by Defendants' counsel.

                                        Sincerely,

                                        /s/

                                        Molly Cochran

cc:  Gina McCreadie, Esq.

302976.1.3358.7000